

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PACIFIC INSURANCE COMPANY, LTD.,
a foreign corporation,

        Plaintiff,

vs.

LUXURY CONDOMINIUM, INC.
a Florida corporation,

        Defendant.

_____/

Case No. **09 - 23587**

**CIV-UNGARO**

MAGISTRATE JUDGE
SIMONTON

## COMPLAINT FOR DECLARATORY JUDGMENT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, PACIFIC INSURANCE COMPANY, LTD. ("PACIFIC"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 57 and 28 U.S.C. §2201, hereby files this its Complaint for Declaratory Judgment against Defendant, LUXURY CONDOMINIUM, INC. ("LUXURY"), and states as follows:

1.    This is an action for Declaratory Judgment pursuant to 28 U.S.C. §2201 for the purpose of determining questions of actual controversy between the parties as more fully set forth below.

2.    Venue is proper in the United States District Court of the Southern District of Florida pursuant to 28 U.S.C. 1391 because the property at issue in this case is located in this district.

3.    At all times material to this action, PACIFIC was, and is, a foreign corporation organized and existing under the laws of the State of Connecticut with its principal place

of business located in Boston, Massachusetts, and is authorized to issue insurance policies in the State of Florida.

4. At all times material to this action, LUXURY was a Florida corporation, with its principal place of business in Miami, Florida.

5. The amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest, attorney's fees and costs. This Court has diversity jurisdiction by virtue of 28 U.S.C. §1332.

6. There exists a bonafide dispute between PACIFIC and LUXURY, for which there is an actual, present and practical need for a determination as to whether PACIFIC properly denied coverage under the policy of insurance issued to LUXURY due to LUXURY's failure to comply with its "Duties in the Event of Loss or Damage" by not providing PACIFIC with prompt notice of the Hurricane Wilma loss.

7. There also exists a bonafide dispute between PACIFIC and LUXURY, for which there is an actual, present and practical need for determination as to whether LUXURY can demand appraisal of a claim that was denied, in its entirety, due to the late notice.

8. Finally, there exists a bonafide dispute between PACIFIC and LUXURY, for which there is an actual, present and practical need for determination as to whether LUXURY can demand appraisal of damage in excess of $579,000, even though it never provided notice to PACIFIC regarding the same and the "new" damages may not be covered under the insurance contract.

9. PACIFIC and LUXURY have an actual, present, adverse and antagonistic interest in the subject matter described herein.

2

## Count I

## DECLARATORY JUDGMENT

10.    PACIFIC re-alleges and reaffirms paragraphs 1 through 9 as if fully set forth herein.

11.    On or about January 14, 2008, PACIFIC issued a policy of insurance (Policy Number ZG0029479) to LUXURY for two condominium buildings located at 10901-10903 N. Kendall Drive, Miami, Florida and 10905-10907 N. Kendall Drive, Florida.  A copy of said policy is attached hereto as **Exhibit "1."**

12.    On June 14, 2008, LUXURY reported to PACIFIC a Hurricane Wilma loss by virtue of submitting a Sworn Statement in Proof of Loss in the amount of $1,443,000.00 for roof damage to the flat surfaces of each of the two insured buildings' roofs.

13.    Hurricane Wilma made landfall on October 24, 2005.  At no point in time prior to June 14, 2008, did LUXURY report any hurricane damage sustained at either insured building to PACIFIC.

14.    Accordingly, LUXURY did not report the Hurricane Wilma claim to PACIFIC for over two years and eight months.

15.    During the claim investigation, despite requests from PACIFIC, LUXURY presented no expert documentation or testimony that the reported roof damage was caused by Hurricane Wilma.

16.    While PACIFIC was able to inspect the roofs during the claim investigation, its experts could not identify what, if any damage, was caused two years and eight months earlier by Hurricane Wilma.

3

17.     As a result, PACIFIC requested the roof repair documents for the buildings in an attempt to identify the extent of roof repairs that could possibly be attributed to Hurricane Wilma.

18.     The documents produced by LUXURY contained no roof repair invoices that reflected a need for total roof replacement as a result of Hurricane Wilma.

19.     Given the late notice and the prejudice resulting therefrom, PACIFIC denied the claim in its entirety on October 20, 2009.  A copy of the letter denying the claim in its entirety is attached hereto as **Exhibit "2."**

20.     The letter denying the claim, in its entirety, was based upon the following contractual provision:

**CONDOMINIUM ASSOCIATION COVERAGE FORM**

\* \* \*

**3.     Duties In The Event Of Loss Or Damage**

**a.**     You must see that the following are done in the event of loss or damage to Covered Property:

\* \* \*

**(2)**     Give us prompt notice of the loss or damage. Include a description of the property involved.

\* \* \*

21.     Thereafter, on November 12, 2009, LUXURY, through its new counsel, demanded appraisal of the Hurricane Wilma loss.

22.     Appraisal is not an appropriate resolution when the insurance claim, in its entirety, has been denied.

23.     Rather, the appraisal clause is appropriately invoked when coverage has been extended but there is a disagreement as to the amount of the loss.

4

24.     Not only did the insured demand appraisal on November 12, 2009, it greatly expanded the damage reported as a result of Hurricane Wilma.

25.     Inexplicably, in the correspondence dated November 12, 2009, demanding for appraisal, LUXURY has increased its reported loss from $1,443,000 to $2,022,681.61.

26.     This new loss estimate includes damage to exterior surfaces, interior units, mansards, pool, and fencing.  These damages were never included in the signed Sworn Statement in Proof of Loss dated June 18, 2008, nor where they raised by LUXURY at any point during the claim investigation by PACIFIC.

27.     These newly reported areas of damage cannot be the basis for any appraisal demand given the late reporting of this supplemental claim.

28.     Under Florida law, appraisal is inappropriate when there is no coverage for the loss as a whole.

29.     Yet again, LUXURY did not comply with its duties in the event of a loss by prompting reporting the damage in direct violation of the insurance contract.  This time, LUXURY waited almost four years to report the loss.

30.     Further, the damage contained in this newly reported loss includes damage to the mansard roof facades that LUXURY's pre-Wilma roofing records and Examination Under Oath testimony described as pre-existing decay caused by termite infestations.

31.     Accordingly, there may be an additional defense under the insurance contract for that element of damage pursuant to the following policy provision thereby barring appraisal:

5

## CAUSES OF LOSS – SPECIAL FORM

**B.    Exclusions**

\* \* \*

2.    We will not pay for loss or damage caused by or resulting from any
of the following:

\* \* \*

d.    (1)    Wear and tear;
(2)    Rust, corrosion, fungus, decay, deterioration . . .

\* \* \*

(5)    Nesting or infestation, or discharge or release of
waste products or secretions by insects, birds,
rodents or other animals.

\* \* \*

32.    PACIFIC should not be forced to appraise elements of damage that were not

reported for four years, and that contain elements of damage that are not covered under

the insurance contract.

33.    As a result, the newly reported damages should be barred from appraisal and

contractual recovery due to the extreme late notice.

## JURY TRIAL DEMAND

26.    The Defendant demands a jury trial on all issues so triable.

WHEREFORE Plaintiff, PACIFIC INSURANCE COMPANY, respectfully requests

that this Honorable Court enter declaratory judgment regarding its obligations under the

subject policy of insurance, declaring that LUXURY 's claim for Hurricane Wilma damages

was properly denied due to late notice, that the 2009 reported damage is subject to denial

6

due to late notice and that PACIFIC has no contractual duty to participate in the appraisal demanded by LUXURY.

BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP

011490

GERALD F. ALBRECHT, ESQ.
Florida Bar No.: 0653799
galbrecht@butlerpappas.com
777 S. Harbour Island Boulevard
Suite 500
Tampa, Florida 33602
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
Attorneys for Plaintiff

7

# FIRST STATE

November 21, 2008


Renée Hacsi Goldstein
Butler Pappas Weihmuller Katz Craig LLP
777 South Harbour Island Blvd
Ste 500
Tampa, FL 33602


RE:  Luxury Condominium, Inc.
     ZG 0029479


Attn: Renée


   "This will certify that, to the best of the undersigned's knowledge, the attached is a complete and accurate representation of insurance policy number  ZG 0029479 (effective June 16, 2004 to June 16, 2006) issued by Pacific Insurance Company, Limited to Luxury Condominium, Inc. The documents and/or information produced herewith are kept and maintained in the ordinary course of business of Pacific Insurance Company, Limited. "


Ben M. Ward



**EXHIBIT**
tabbies
**1**

50 Glenlake Parkway, Suite 250, Atlanta, GA 30328  T. 770-730-3520  F. 770-551-9270  www.firststate.com

— GENERAL COVER POLICY —

# CERTIFIED COPY

**NO. ZG 0029479**

## PACIFIC INSURANCE COMPANY, LIMITED

Hartford, Connecticut

**NEW**

RENEWAL OF No.

Send Correspondence to: Pacific Insurance Company, Limited, c/o: First State Management Group, Inc.
150 Federal Street, Boston, Massachusetts 02110-1753

**Insured's Name and Address:**     (No., Street, Town, County, State)

LUXURY CONDOMINIUM, INC.

c/o Miami Management, Inc.

14275 SW 142 Avenue

Miami, FL 33186-6715

**Policy Period:**     (Mo. Day Yr.)
From    JUNE 16, 2004          to  JUNE 16, 2005 *2006*

$ SEE BELOW _____   PREMIUM _____   RATE $ See Declarations ___ AMOUNT

In consideration of the stipulations herein named and of the premium above specified the Company does insure the Insured named above, hereinafter called the Insured, whose address is shown above, from the inception date shown above, at 12:01 A.M. (Standard Time), to the expiration date shown above, at 12:01 A.M., Standard Time at place of issuance, to an amount not exceeding the amount(s) above specified, on the following described property:

*Them Jun 8/17/05 SJ*

$ 25,281.

$ N/A          CERTIFIED ACTS OF TERRORISM (TRIA 2002) COVERAGE

$ 25,281.        TOTAL PREMIUM

$450. Inspection Fee

## DO NOT ASSIGN ADJUSTER
IN CASE OF LOSS, REFER NOTICE IMMEDIATELY
TO CLAIMS MANAGER
**FIRST STATE MANAGEMENT GROUP, INC.**
150 Federal St., Boston, MA 02110-1753
C-225 (4/92)   617-526-7600

Subject to Form No(s). XP 00 55 03 96   SEE SCHEDULE OF FORMS AND ENDORSEMENTS   attached hereto.

This policy is made and accepted subject to the foregoing provisions and stipulations and those hereinafter stated, which are hereby made a part of this policy, together with such other provisions, stipulations and agreements as may be added hereto, as provided in this policy.

ATLANTA, GEORGIA

COUNTERSIGNATURE

Countersigned: TFK/bjw    09/01/04

Form XP 00 31 02 03

**ENDORSEMENT # 1**

Pacific Insurance Company, Limited

Hartford, Connecticut

## RENEWAL CERTIFICATE

IN CONSIDERATION OF THE RENEWAL PREMIUM FOR THE POLICY IDENTIFIED HEREIN, THE COMPANY CONTINUES SAID POLICY INFORCE FOR THE STATED PERIOD, SUBJECT TO ITS TERMS, CONDITIONS AND PROVISIONS.

**POLICY NUMBER:** ZG 0029479

**INSURED'S NAME AND ADDRESS:** LUXURY CONDOMINIUM, INC.
c/o Miami Management, Inc.
14275 SW 142 Avenue
Miami, FL 33186-6715

**RENEWED FROM:** JUNE 16, 2005          **12:01 a.m. TO** JUNE 16, 2006          **12:01 a.m.**

**TERM:** ONE YEAR

**LIMIT(S) OF LIABILITY:** See Schedule (6/16/05)

SUB-LIMIT: Ordinance or Law - $500,000. (A, B and C Blanket).

**PREMIUM:** $28,017.
$ N/A    CERTIFIED ACTS OF TERRORISM (TRIA 2002) COVERAGE
$28,017.  TOTAL PREMIUM
$450. Inspection Fee

**DEDUCTIBLE:** WIND, HAIL, WIND DRIVEN WATER, COLLAPSE DUE TO WIND, AND ANY OTHER WIND RELATED PERILS -
See Form #C-198(04/01).
ALL OTHER PERILS - $5,000. Per Occurrence.

SUBJECT TO SCHEDULE OF FORMS AND ENDORSEMENTS ATTACHED.

It is understood and agreed that Form #XP 00 55 03 96 is replaced by Form #XP 00 55 03 05 attached.

BY: _____
COUNTERSIGNATURE

7/15/05  TFK/bjw

**VALUABLE - DO NOT DESTROY**

POLICY NUMBER: ZG 0029479
EFFECTIVE DATE: JUNE 16, 2005
NAMED INSURED: LUXURY CONDOMINIUM, INC.

SCHEDULE OF FORMS AND ENDORSEMENTS

| | |
|---|---|
| ------------------ | SUPPLEMENTAL DECLARATIONS PAGE |
| *IL 00 17 11 98 | COMMON POLICY CONDITIONS |
| CP 00 90 07 88 | COMMERCIAL PROPERTY CONDITIONS |
| CP 00 17 10 00 | CONDOMINIUM ASSOCIATION COVERAGE FORM |
| CP 10 30 10 00 | CAUSES OF LOSS - SPECIAL FORM |
| IL 09 35 08 98 | EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES |
| CP 01 25 06 95 | FLORIDA CHANGES |
| CP 01 91 06 95 | FLORIDA CHANGES - CONDOMINIUMS |
| IL 02 55 03 98 | FLORIDA CHANGES - CANCELLATION AND NONRENEWAL |
| IL 01 75 09 93 | FLORIDA CHANGES - LEGAL ACTION AGAINST US |
| *------------------ | SCHEDULE (JUNE 16, 2005) |
| PC-21 (5/96) | CO-INSURANCE CONTRACT |
| PS-1 (9/93) | SERVICE OF SUIT CLAUSE |
| PS-2 | SALVAGE AND RECOVERY CLAUSE |
| PM-3 (25%) | MINIMUM EARNED PREMIUM |
| C-142 | PER OCCURRENCE DEFINITION |
| C-184 (10/95) | VACANT OR UNOCCUPIED CONDITION OF COVERAGE |
| C-185 (10/95) | WIND EXCLUSION |
| C-196 | ELECTRONIC DATA ENDORSEMENT |
| *C-198 (04/01) | WINDSTORM PERCENTAGE DEDUCTIBLE (Values at Time and Place of Loss) |
| C-199 (05/01) | HURRICANE AND TROPICAL STORM DEFINITION |
| C-203 (02/02) | EXCLUSION - TERRORISM |
| C-207 (10/2002) | "FUNGUS" ENDORSEMENT |
| *C-212 (01/03) | NOTICE TO POLICYHOLDERS - TERRORISM RISK INSURANCE ACT |
| C-217 (5/03) | AMENDATORY ENDORSEMENT:  TERRITORY, LIBERALIZATION CLAUSE |
| CP 12 10 11 85 | PROTECTIVE SAFEGUARDS |
| CP 04 05 10 00 | ORDINANCE OR LAW COVERAGE |
| XP 99 11 11 93 | IMPORTANT NOTICE FOR FLORIDA POLICYHOLDERS |

* Forms revised or added as shown above.

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

    a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

    a. Make inspections and surveys at any time;

    b. Give you reports on the conditions we find; and

    c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

    a. Are safe or healthful; or

    b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

LUXURY CONDOMINIUM, INC.

SCHEDULE OF LOCATIONS AND LIMITS OF LIABILITY

JUNE 16, 2005

|  | Location | Building No. | Covering | Limit |
|---|---|---|---|---|
| 1. | 10901-10903 N. Kendall Drive<br>Miami, FL 33176 | 1 | Building<br>Business Personal Property | $3,259,450.<br>$5,000. |
|  | 10905-10907 N. Kendall Drive<br>Miami, FL 33176 | 2 | Building<br>Business Personal Property | $3,259,450.<br>$5,000. |
|  | Community Center<br>Miami, FL 33176 | 3 | Building<br>Business Personal Property | $100,000.<br>$5,000. |
|  |  |  | Pool | $50,000. |

## WINDSTORM PERCENTAGE DEDUCTIBLE
### Values at Time and Place of Loss

The following Deductible will apply as respects loss or damage caused by wind, hail, wind driven water, collapse due to wind and any other wind related peril:

### SCHEDULE OF DEDUCTIBLES

| | |
|---|---|
| 5% | of total insured values of the item(s) insured that has sustained loss or damage at the time and place of loss |
| $50,000. | Minimum per occurrence |

The sum we will subtract from each separate item insured will be a percentage of the item's value or the minimum dollar deductible amount, if shown above, whichever is greater. The applicable percentage is shown in the above Schedule of Deductibles. The windstorm percentage deductible indicated above shall apply to each separate item insured and as listed below.

The percentage deductible applies separately to:

a.  Each building or structure;
b.  The contents of each building or structure;
c.  Personal Property in the open;
d.  Business Income/Extra Expense and/or Rental Value;
e.  All other covered items

### CALCULATION OF THE PERCENTAGE:

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the percentage, shown above, of the value(s) of the property that has sustained loss or damage.

### EXAMPLES OF VALUE DETERMINATION:

BUILDING
The cost to replace the building is $1,000,000 and the Actual Cash Value of the building is $800,000. The deductible is 2%.

When coverage is written at Replacement Cost Value, the windstorm percentage deductible will be the applicable percentage, shown above, of the Replacement Cost Value of the property.

$1,000,000 x 2% = $20,000 deductible

When coverage is written at Actual Cash Value, the windstorm percentage deductible will be the applicable percentage, shown above, of the Actual Cash Value of the property.

$800,000 x 2% = $16,000 deductible

C-198 (04/01)                    Page 1 of 2

PERSONAL PROPERTY
The total replacement cost on the personal property is $500,000 and the Actual Cash Value is $300,000. The deductible is 2%.

When coverage is written at Replacement Cost Value, the deductible will be the applicable percentage shown above of the Replacement Cost Value of the property.

$500,000 x 2% = $10,000 deductible

When coverage is written at Actual Cash Value, the deductible will be the applicable percentage shown above of the Actual Cash Value of the property.

$300,000 x 2% = $6,000 deductible

BUSINESS INCOME, EXTRA EXPENSE, RENTAL VALUE

Business Income, Extra Expense:
The deductible will be based on the projected annual net income that would have been earned or incurred and continuing normal operating expenses incurred, including payroll.

Rental Value:
The deductible will be based on the projected annual rental income and the amount of all charges which are the legal obligation of the tenant(s) and which would otherwise be your obligation.

Insured:  LUXURY CONDOMINIUM, INC.        Effective Date of this Notice:  JUNE 16, 2005
Policy #:  ZG 0029479

**NOTICE TO POLICYHOLDERS**
**TERRORISM RISK INSURANCE ACT**

We have previously notified you that under the Terrorism Risk Insurance Act of 2002, effective November 26, 2002, we must make terrorism coverage available in the policies we offer.  At that time we advised you that the premium for such terrorism coverage would be $1,401.  As a result of your decision to reject terrorism coverage, we will not charge your policy for terrorism coverage.

Any terrorism coverage made available in our policies is partially reinsured by the United States of America under a formula established by federal law.  Under this formula, the United States will pay 90% of covered terrorism losses exceeding a statutorily established deductible paid by insurers until such time as insured losses under the program reach $100 billion.  If that occurs, Congress will determine the procedures for, and the source of, any payments for losses in excess of $100 billion.

By declining to purchase the offered terrorism coverage, you have authorized the attachment of a terrorism exclusion to your policy and/or binder.  An exclusion will now form a part of and is included with your policy or binder.

Questions regarding your election can be directed to your agent or broker.

C-212 (01/03)

## CONDITIONS

**1. Misrepresentation and Fraud.** This entire policy shall be void if, whether before or after a loss, the Insured has concealed or misrepresented any material fact or circumstance concerning this insurance or the subject thereof, or the interest of the Insured therein, or in case of any fraud or false swearing by the Insured relating thereto.

**2. Notice of Loss.** The Insured shall as soon as practicable report in writing to the Company or its agent every loss, damage or occurrence which may give rise to a claim under this policy and shall also file with the Company or its agent within ninety (90) days from date of discovery of such loss, damage or occurrence, a detailed sworn proof of loss.

**3. Examination Under Oath.** The Insured, as often as may be reasonably required, shall exhibit to any person designated by the Company all that remains of any property herein described, and shall submit, in so far as is within his or their power cause his or their employees, members of the household and others to submit to examinations under oath by any person named by the Company and subscribe the same; and, as often as may be reasonably required, shall produce for examination all writings, books of account, bills, invoices and other vouchers, or certified copies thereof if originals be lost, at such reasonable time and place as may be designated by the Company or its representative, and shall permit extracts and copies thereof to be made. No such examination under oath or examination of books or documents, nor any other act of the Company or any of its employees or representatives in connection with the investigation of any loss or claim hereunder, shall be deemed a waiver of any defense which the Company might otherwise have with respect to any loss or claim, but all such examinations and acts shall be deemed to have been made or done without prejudice to the Company's liability.

**4. Valuation.** The Company shall not be liable beyond the actual cash value of the property at the time any loss or damage occurs and the loss or damage shall be ascertained or estimated according to such actual cash value with proper deduction for depreciation, however caused, and shall in no event exceed what it would then cost to repair or replace the same with material of like kind and quality.

**5. Settlement of Loss.** All adjusted claims shall be paid or made good to the Insured within sixty (60) days after presentation and acceptance of satisfactory proof of interest and loss at the office of the Company. No loss shall be paid or made good if the Insured has collected the same from others.

**6. No Benefit to Bailee.** This insurance shall in nowise inure directly or indirectly to the benefit of any carrier or other bailee.

**7. Subrogation or Loan.** If in the event of loss or damage the Insured shall acquire any right of action against any individual, firm or corporation for loss of, or damage to, property covered hereunder, the Insured will, if requested by the Company, assign and transfer such claim or right of action to the Company or, at the Company's option, execute and deliver to the Company the customary form of loan receipt upon receiving an advance of funds in respect of the loss or damage; and will subrogate the Company to, or will hold in trust for the Company, all such rights of action to the extent of the amount paid or advanced, and will permit suit to be brought in the Insured's name under the direction of and at the expense of the Company.

**8. Loss Clause.** Any loss hereunder shall not reduce the amount of this policy, except in the event of payment of claim for total loss of an item specifically scheduled herein. If claim is paid for total loss of one or more scheduled items, the unearned premium applicable to such items will be refunded to the Insured or applied to the premium due on item(s) replacing those on which the claim was paid.

**9. Pair, Set or Parts.** In the event of loss or damage to:

(a) any article or articles which are part of a pair or set, the measure of loss or damage to such article or articles shall be a reasonable and fair proportion of the total value of the pair or set, giving consideration to the importance of said article or articles, but in no event shall such loss or damage be construed to mean total loss of the pair or set; or

(b) any part of property covered consisting, when complete for use, of several parts, the Company shall only be liable for the value of the part lost or damaged.

**10. Protection of Property.** In case of loss, it shall be lawful and necessary for the Insured, his or their factors, servants and assigns, to sue, labor, and travel for, in and about the defense, safeguard and recovery of the property insured hereunder, or any part thereof, without prejudice to this insurance, nor shall the acts of the Insured or the Company, in recovering, saving and preserving the property insured in case of loss be considered a waiver or an acceptance of abandonment. The expenses so incurred shall be borne by the Insured and the Company proportionately to the extent of their respective interests.

**11. Suit.** No suit, action or proceeding for the recovery of any claim under this policy shall be sustainable in any court of law or equity unless the same be commenced within twelve (12) months next after discovery by the Insured of the occurrence which gives rise to the claim, provided however, that if by the laws of the State within which this policy is issued such limitation is invalid, then any such claims shall be void unless such action, suit or proceeding be commenced within the shortest limit of time permitted by the laws of such State.

**12. Appraisal.** If the Insured and the Company fail to agree as to the amount of loss, each shall, on the written demand of either, made within sixty (60) days after receipt of proof of loss by the Company, select a competent and disinterested appraiser, and the appraisal shall be made at a reasonable time and place. The appraisers shall first select a competent and disinterested umpire, and failing for fifteen (15) days to agree upon such umpire, then, on the request of the Insured or the Company, such umpire shall be selected by a judge of a court of record in the State in which such appraisal is pending. The appraisers shall then appraise the loss, stating separately the actual cash value at the time of loss and the amount of loss, and failing to agree shall submit their differences to the umpire. An award in writing of any two shall determine the amount of loss. The Insured and the Company shall each pay his or its chosen appraiser and shall bear equally the other expenses of the appraisal and umpire. The Company shall not be held to have waived any of its rights by any act relating to appraisal.

**13. Cancelation.** This policy may be canceled by the Insured by surrender thereof to the Company or any of its authorized agents or by mailing to the Company written notice stating when thereafter such cancelation shall be effective. This policy may be canceled by the Company by mailing to the Insured at the address shown in this policy or last known address written notice stating when, not less than five (5) days thereafter, such cancelation shall be effective. The mailing of notice as aforesaid shall be sufficient proof of notice. The time of surrender or the effective date of the cancelation stated in the notice shall become the end of the policy period. Delivery of such written notice either by the Insured or by the Company shall be equivalent to mailing.

If the Insured cancels, earned premiums shall be computed in accordance with the customary short rate table and procedure. If the Company cancels, earned premium shall be computed pro rata. Premium adjustment may be made at the time cancelation is effected and, if not then made, shall be made as soon as practicable after cancelation becomes effective. The Company's check or the check of its representative mailed or delivered as aforesaid shall be a sufficient tender of any refund of premium due to the Insured.

**14. Changes.** Notice to any agent or knowledge possessed by any agent or by any other person shall not effect a waiver or a change in any part of this policy or estop the Company from asserting any right under the terms of this policy, nor shall the terms of this policy be waived or changed, except by endorsement issued to form a part of this policy.

**15. Conformity to Statute.** Terms of this policy which are in conflict with the statutes of the State wherein this policy is issued are hereby amended to conform to such statutes.

In Witness Whereof, the Company has executed and attested these presents, but this policy shall not be valid unless countersigned by a duly authorized agent of the Company at the agency hereinbefore mentioned.

Richard G. Costalia, Secretary

Ralph J. Palmieri, President

Form XP 00 55 03 05

POLICY NUMBER: ZG 0029479

EFFECTIVE DATE: JUNE 16, 2004

NAMED INSURED: LUXURY CONDOMINIUM, INC.

## SCHEDULE OF FORMS AND ENDORSEMENTS

| | |
|---|---|
| ———————— | SUPPLEMENTAL DECLARATIONS PAGE |
| IL 00 17 11 85 | COMMON POLICY CONDITIONS |
| CP 00 90 07 88 | COMMERCIAL PROPERTY CONDITIONS |
| CP 00 17 10 00 | CONDOMINIUM ASSOCIATION COVERAGE FORM |
| CP 10 30 10 00 | CAUSES OF LOSS - SPECIAL FORM |
| IL 09 35 08 98 | EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES |
| CP 01 25 06 95 | FLORIDA CHANGES |
| CP 01 91 06 95 | FLORIDA CHANGES - CONDOMINIUMS |
| IL 02 55 03 98 | FLORIDA CHANGES - CANCELLATION AND NONRENEWAL |
| IL 01 75 09 93 | FLORIDA CHANGES - LEGAL ACTION AGAINST US |
| —————————— | SCHEDULE (JUNE 16, 2004) |
| PC-21 (5/96) | CO-INSURANCE CONTRACT |
| PS-1 (9/93) | SERVICE OF SUIT CLAUSE |
| PS-2 | SALVAGE AND RECOVERY CLAUSE |
| PM-3 (25%) | MINIMUM EARNED PREMIUM |
| C-142 | PER OCCURRENCE DEFINITION |
| C-184 (10/95) | VACANT OR UNOCCUPIED CONDITION OF COVERAGE |
| C-185 (10/95) | WIND EXCLUSION |
| C-196 | ELECTRONIC DATA ENDORSEMENT |
| C-198 (04/01) | WINDSTORM PERCENTAGE DEDUCTIBLE (Values at Time and Place of Loss) |
| C-199 (05/01) | HURRICANE AND TROPICAL STORM DEFINITION |
| C-203 (02/02) | EXCLUSION - TERRORISM |
| C-207 (10/2002) | "FUNGUS" ENDORSEMENT |
| C-212 (01/03) | NOTICE TO POLICYHOLDERS - TERRORISM RISK INSURANCE ACT |
| C-217 (5/03) | AMENDATORY ENDORSEMENT: TERRITORY, LIBERALIZATION CLAUSE |
| CP 12 10 11 85 | PROTECTIVE SAFEGUARDS |
| CP 04 05 10 00 | ORDINANCE OR LAW COVERAGE |
| XP 99 11 11 93 | IMPORTANT NOTICE FOR FLORIDA POLICYHOLDERS |

## SUPPLEMENTAL DECLARATIONS PAGE

**POLICY NO.** ZG 0029479

**POLICY PERIOD** JUNE 16, 2004          **TO**   JUNE 16, 2005

**NAMED INSURED**

LUXURY CONDOMINIUM, INC.

c/o Miami Management, Inc.

14275 SW 142 Avenue

Miami, FL 33186-6715

### DESCRIPTION OF PREMISES

| PREM NO. | BLDG. NO. | LOCATION, CONSTRUCTION AND OCCUPANCY |
|---|---|---|
| Scheduled | | Various locations in Miami, Florida, modified fire resistive construction, occupied as condominiums. |

**COVERAGES PROVIDED** INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

| PREM NO. BLDG. NO. | COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINSURANCE* | RATES |
|---|---|---|---|---|---|
| Scheduled | Building | See Schedule (6/16/04) | Special | 80% | .3782 |
| | Business Personal Property | | | 80% | |
| | Pool | | | 80% | |

\* IF EXTRA EXPENSE COVERAGE LIMITS ON LOSS PAYMENT

**OPTIONAL COVERAGES** APPLICABLE ONLY WHEN ENTRIES ARE MADE IN THE SCHEDULE BELOW

| PREM NO. BLDG. NO. | AGREED VALUE EXPIRATION DATE | AMOUNT | REPLACEMENT COST(X) BUILDING | PERSONAL PROPERTY | INCLUDING STOCK |
|---|---|---|---|---|---|
| Scheduled | N/A | N/A | X | X | N/A |

| | | * MONTHLY LIMIT OF INDEMNITY (Fraction) | *MAXIMUM PERIOD OF INDEMNITY (X) | *EXTENDED PERIOD OF INDEMNITY (Days) | |
|---|---|---|---|---|---|
| | | N/A | N/A | N/A | |
| | | | *APPLIES TO BUSINESS INCOME ONLY | | |

### MORTGAGE HOLDERS

| PREM NO. | BLDG. NO. | MORTGAGE HOLDER NAME AND MAILING ADDRESS |
|---|---|---|
| | | N/A |

### DEDUCTIBLE

HURRICANE AND TROPICAL STORM AND ALL OTHER WIND, HAIL, WIND DRIVEN WATER, COLLAPSE DUE TO WIND, AND ANY OTHER WIND RELATED PERILS - See Form #C-199(05/01) and Form #C-198(04/01).
ALL OTHER PERILS - $5,000. Per Occurrence.

### FORMS APPLICABLE

| TO ALL COVERAGES | SEE FORM XP 00 31 02 03 FOR FORMS AND ENDORSEMENTS |
|---|---|
| TO SPECIFIC PREMISES COVERAGES | |
| PREM NO. BLDG. NO. COVERAGES | FORM NUMBER |

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

## E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums, and

2. Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:

   a. During the policy period shown in the Declarations; and

   b. Within the coverage territory.

2. The coverage territory is:

   a. The United States of America (including its territories and possessions);

   b. Puerto Rico; and

   c. Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1987
CP 00 90 07 88  □

COMMERCIAL PROPERTY
CP 00 17 10 00

# CONDOMINIUM ASSOCIATION COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section H. – Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this Section, A.1., and limited in A.2., Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

a. **Building,** meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, outside of individual units, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery and

(b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering that are not contained within individual units;

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies, and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure; and

(6) Any of the following types of property contained within a unit, regardless of ownership, if your Condominium Association Agreement requires you to insure it:

(a) Fixtures, improvements and alterations that are a part of the building or structure; and

(b) Appliances, such as those used for refrigerating, ventilating, cooking, dishwashing, laundering, security or housekeeping.

But Building does not include personal property owned by, used by or in the care, custody or control of a unit-owner except for personal property listed in Paragraph A.1.a.(6) above.

b. **Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following:

(1) Personal property owned by you or owned indivisibly by all unit-owners;

(2) Your interest in the labor, materials or services furnished or arranged by you on personal property of others;

(3) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others.

But Your Business Personal Property does not include personal property owned only by a unit-owner.

Copyright, Insurance Services Office, Inc., 1999

c. **Personal Property Of Others** that is:

(1) In your care, custody or control; and

(2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

2. **Property Not Covered**

Covered Property does not include:

a. Accounts, bills, currency, deeds, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

b. Animals, unless owned by others and boarded by you;

c. Automobiles held for sale;

d. Bridges, roadways, walks, patios or other paved surfaces;

e. Contraband, or property in the course of illegal transportation or trade;

f. The cost of excavations, grading, back filling or filling;

g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

(1) The lowest basement floor; or

(2) The surface of the ground if there is no basement.

h. Land (including land on which the property is located), water, growing crops or lawns;

i. Personal property while airborne or waterborne;

j. Bulkheads, pilings, piers, wharves or docks;

k. Property that is covered under this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l. Retaining walls that are not part of a building;

m. Underground pipes, flues or drains;

n. The cost to research, replace or restore the information on valuable papers and records, including those which exist on electronic or magnetic media, except as provided in the Coverage Extensions;

o. Vehicles or self-propelled machines (including aircraft or watercraft) that:

(1) Are licensed for use on public roads; or

(2) Are operated principally away from the described premises.

This paragraph does not apply to:

(a) Vehicles or self-propelled machines or autos you manufacture or warehouse;

(b) Vehicles or self-propelled machines, other than autos, you hold for sale;

(c) Rowboats or canoes out of water at the described premises; or

(d) Trailers, but only to the extent provided for in the Coverage Extension for Non-Owned Detached Trailers.

p. The following property while outside of buildings:

(1) Grain, hay, straw or other crops; or

(2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs, or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

3. **Covered Causes Of Loss**

See applicable Causes of Loss Form as shown in the Declarations.

4. **Additional Coverages**

a. **Debris Removal**

(1) Subject to Paragraphs (3) and (4), we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) Debris Removal does not apply to costs to:

(a) Extract "pollutants" from land or water; or

(b) Remove, restore or replace polluted land or water.

(3) Subject to the exceptions in Paragraph (4), the following provisions apply:

(a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

   Copyright, Insurance Services Office, Inc., 1999     □

(b) Subject to (a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

(4) We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

(a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

(b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if (4)(a) and/or (4)(b) apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

(5) Examples

The following examples assume that there is no coinsurance penalty.

### Example #1

| | | |
|---|---|---|
| Limit of Insurance | $ | 90,000 |
| Amount of Deductible | $ | 500 |
| Amount of Loss | $ | 50,000 |
| Amount of Loss Payable | $ | 49,500 |
| | ($50,000 − $500) | |
| Debris Removal Expense | $ | 10,000 |
| Debris Removal Expense Payable | $ | 10,000 |

($10,000 is 20% of $50,000)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph (3).

### Example #2

| | | |
|---|---|---|
| Limit of Insurance | $ | 90,000 |
| Amount of Deductible | $ | 500 |
| Amount of Loss | $ | 80,000 |
| Amount of Loss Payable | $ | 79,500 |
| | ($80,000 − $500) | |
| Debris Removal Expense | $ | 30,000 |
| Debris Removal Expense Payable | | |
|     Basic Amount | $ | 10,500 |
|     Additional Amount | $ | 10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph (3) is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph (4), because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph (4). Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

Copyright, Insurance Services Office, Inc., 1999

**b. Preservation Of Property**

If it is necessary for you to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

(1) While it is being moved or while temporarily stored at another location; and

(2) Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

(1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean Up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**e. Increased Cost Of Construction**

(1) This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in e.(3) through e.(9) of this Additional Coverage.

(3) The ordinance or law referred to in e.(2) of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

(6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

Copyright, Insurance Services Office, Inc., 1999

CP 00 17 10 00      ☐

(7) With respect to this Additional Coverage:

    (a) We will not pay for the Increased Cost of Construction:

        (i) Until the property is actually repaired or replaced, at the same or another premises; and

        (ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

    (b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of e.(6) of this Additional Coverage, is the increased cost of construction at the same premises.

    (c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of e.(6) of this Additional Coverage, is the increased cost of construction at the new premises.

(8) This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

(9) The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in e.(6) of this Additional Coverage, is not subject to such limitation.

5. **Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

a. **Newly Acquired Or Constructed Property**

    (1) **Buildings**

You may extend the insurance that applies to Building to apply to:

    (a) Your new buildings while being built on the described premises; and

    (b) Buildings you acquire at locations, other than the described premises, intended for:

        (i) Similar use as the building described in the Declarations; or

        (ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

    (2) **Your Business Personal Property**

    (a) If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

        (i) Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

        (ii) Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

        (iii) Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

    (b) This Extension does not apply to:

        (i) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

(ii) Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

(1) Personal effects owned by you, your officers, your partners or members, your managers or your employees. This extension does not apply to loss or damage by theft.

(2) Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records – Cost Of Research**

You may extend the insurance that applies to Your Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media, for which duplicates do not exist. The most we will pay under this Extension is $2,500 at each described premises, unless a higher limit is shown in the Declarations.

**d. Property Off-Premises**

(1) You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

(a) Temporarily at a location you do not own, lease or operate;

(b) In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

(c) At any fair, trade show or exhibition.

(2) This Extension does not apply to property:

(a) In or on a vehicle; or

(b) In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

(3) The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants, (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f. Non-Owned Detached Trailers**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

(a) The trailer is used in your business;

Copyright, Insurance Services Office, Inc., 1999   CP 00 17 10 00   ▢

(b) The trailer is in your care, custody or control at the premises described in the Declarations; and

(c) You have a contractual responsibility to pay for loss or damage to the trailer.

(2) We will not pay for any loss or damage that occurs:

(a) While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

(b) During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

(3) The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

(4) This Insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes of Loss Form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

Payments under the Preservation of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example No. 1:**

(This example assumes there is no coinsurance penalty.)

| | | |
|---|---|---|
| Deductible: | $ | 250 |
| Limit of Insurance – Bldg. 1: | $ | 60,000 |
| Limit of Insurance – Bldg. 2: | $ | 80,000 |
| Loss to Bldg. 1: | $ | 60,100 |
| Loss to Bldg. 2: | $ | 90,000 |

The amount of loss to Bldg. 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Bldg. 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Bldg. 1:

$ 60,100

−    250

$ 59,850 Loss Payable – Bldg. 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Bldg. 2. Loss payable for Bldg. 2 is the Limit of Insurance of $80,000.

Total amount of loss payable: $59,850 + 80,000 = $139,850

**Example No. 2:**

(This example, too, assumes there is no coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example No. 1.

| | |
|---|---|
| Loss to Bldg. 1: | $70,000 |
| (exceeds Limit of Insurance plus Deductible) | |
| Loss to Bldg. 2: | $90,000 |
| (exceeds Limit of Insurance plus Deductible) | |
| Loss Payable – Bldg. 1: | $60,000 |
| (Limit of Insurance) | |
| Loss Payable – Bldg. 2: | $80,000 |
| (Limit of Insurance) | |

Total amount of loss payable: $140,000

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Abandonment**

There can be no abandonment of any property to us.

## 2. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

## 3. Duties In The Event Of Loss Or Damage

a. You must see that the following are done in the event of loss or damage to Covered Property:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

## 4. Loss Payment

a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

c. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

d. We will not pay you more than your financial interest in the Covered Property.

e. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

   Copyright, Insurance Services Office, Inc., 1999   CP 00 17 10 00   □

g. We will pay for covered loss or damage to Covered Property within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

If you name an insurance trustee, we will adjust losses with you, but we will pay the insurance trustee. If we pay the trustee, the payments will satisfy your claims against us.

5. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

6. Unit-Owner's Insurance

A unit-owner may have other insurance covering the same property as this insurance. This insurance is intended to be primary, and not to contribute with such other insurance.

7. Vacancy

a. Description Of Terms

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in (1)(a) and (1)(b) below:

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

(i) Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

(ii) Used by the building owner to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

b. Vacancy Provisions

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in b.(1)(a) through b.(1)(f) above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

8. Valuation

We will determine the value of Covered Property in the event of loss or damage as follows:

a. At actual cash value as of the time of loss or damage, except as provided in b., c. and d. below.

b. If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property. However, the following property will be valued at the actual cash value even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. Glass at the cost of replacement with safety glazing material if required by law.

d. Valuable Papers and Records, including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

(1) Blank materials for reproducing the records; and

(2) Labor to transcribe or copy the records when there is a duplicate.

   Copyright, Insurance Services Office, Inc., 1999     □

**9. Waiver Of Rights Of Recovery**

We waive our rights to recover payment from any unit-owner of the condominium that is shown in the Declarations.

## F. Additional Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step (1);

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step (2); and

(4) Subtract the deductible from the figure determined in Step (3).

We will pay the amount determined in Step (4) or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example No. 1 (Underinsurance):**

| When: | The value of the property is | $ | 250,000 |
|---|---|---|---|
| | The Coinsurance percentage for it is | | 80% |
| | The Limit of Insurance for it is | $ | 100,000 |
| | The Deductible is | $ | 250 |
| | The amount of loss is | $ | 40,000 |

| Step (1): | $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements) |
|---|---|
| Step (2): | $100,000 ÷ $200,000 = .50 |
| Step (3): | $40,000 x .50 = $20,000 |
| Step (4): | $20,000 - $250 = $19,750 |

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example No. 2 (Adequate Insurance):**

| When: | The value of the property is | $ | 250,000 |
|---|---|---|---|
| | The Coinsurance percentage for it is | | 80% |
| | The Limit of Insurance for it is | $ | 200,000 |
| | The Deductible is | $ | 250 |
| | The amount of loss is | $ | 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

b. If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example No. 3:**

| When: | The value of property is: | | |
|---|---|---|---|
| | Bldg. at Location No. 1 | $ | 75,000 |
| | Bldg. at Location No. 2 | $ | 100,000 |
| | Personal Property at Location No. 2 | $ | 75,000 |
| | | $ | 250,000 |
| | The Coinsurance percentage for it is | | 90% |
| | The Limit of Insurance for Buildings and Personal Property at Location Nos. 1 and 2 is | $ | 180,000 |
| | The Deductible is | $ | 1,000 |
| | The amount of loss is: | | |
| | Bldg. at Location No. 2 | $ | 30,000 |
| | Personal Property at Location No. 2 | $ | 20,000 |
| | | $ | 50,000 |

| Step (1): | $250,000 x 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below) |
|---|---|
| Step (2): | $180,000 ÷ $225,000 = .80 |
| Step (3): | $50,000 x .80 = $40,000 |
| Step (4): | $40,000 - $1,000 = $39,000 |

We will pay no more than $39,000. The remaining $11,000 is not covered.

Copyright, Insurance Services Office, Inc., 1999
CP 00 17 10 00   □

**2. Mortgageholders**

a. The term mortgageholder includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Agreed Value**

a. The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

b. If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

c. The terms of this Optional Coverage apply only to loss or damage that occurs:

(1) On or after the effective date of this Optional Coverage; and

(2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

a. The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

b. The amount of increase will be:

(1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example:**

| If: | | |
|---|---|---|
| The applicable Limit of Insurance is | $ | 100,000 |
| The annual percentage increase is | | 8% |
| The number of days since the beginning of the policy year (or last policy change) is | | 146 |
| The amount of increase is $100,000 x .08 x 146 ÷ 365 = | $ | 3,200 |

 Copyright, Insurance Services Office, Inc., 1999

3. **Replacement Cost**

   a. Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form.

   b. This Optional Coverage does not apply to:

      (1) Personal property of others;

      (2) Contents of a residence;

      (3) Manuscripts; or

      (4) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac.

      Under the terms of this Replacement Cost Optional Coverage, personal property owned indivisibly by all unit owners, and the property covered under Paragraph A.1.a.(6) of this Coverage Form, are not considered to be the personal property of others.

   c. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

   d. We will not pay on a replacement cost basis for any loss or damage:

      (1) Until the lost or damaged property is actually repaired or replaced; and

      (2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

   e. We will not pay more for loss or damage on a replacement cost basis than the least of (1), (2) or (3), subject to f. below:

      (1) The Limit of Insurance applicable to the lost or damaged property;

      (2) The cost to replace the lost or damaged property with other property:

         (a) Of comparable material and quality; and

         (b) Used for the same purpose; or

      (3) The amount actually spent that is necessary to repair or replace the lost or damaged property.

      If a building is rebuilt at a new premises, the cost described in e.(2) above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

   f. The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

4. **Extension Of Replacement Cost To Personal Property Of Others**

   a. If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph 3.b.(1) of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

   b. With respect to replacement cost on the personal property of others, the following limitation applies:

      If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

Copyright, Insurance Services Office, Inc., 1999

COMMERCIAL PROPERTY
CP 10 30 10 00

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section F. – Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes Of Loss means Risks Of Direct Physical Loss unless the loss is:

1. Excluded in Section B., Exclusions; or

2. Limited in Section C., Limitations;

that follow.

## B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Ordinance Or Law**

   The enforcement of any ordinance or law:

   (1) Regulating the construction, use or repair of any property; or

   (2) Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance Or Law, applies whether the loss results from:

   (1) An ordinance or law that is enforced even if the property has not been damaged; or

   (2) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   (1) Earthquake, including any earth sinking, rising or shifting related to such event;

   (2) Landslide, including any earth sinking, rising or shifting related to such event;

   (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in b.(1) through (4) above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   (5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

   Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   (a) Airborne volcanic blast or airborne shock waves;

   (b) Ash, dust or particulate matter; or

   (c) Lava flow.

   All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

   Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

   **c. Governmental Action**

   Seizure or destruction of property by order of governmental authority.

   But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

Copyright, Insurance Services Office, Inc., 1999                     □

### d. Nuclear Hazard

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

### e. Utility Services

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion does not apply to the Business Income coverage or to Extra Expense coverage. Instead, the Special Exclusion in Paragraph B.4.a.(1) applies to these coverages.

### f. War And Military Action

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

### g. Water

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water that backs up or overflows from a sewer, drain or sump; or

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings.

But if Water, as described in g.(1) through g.(4) above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

Exclusions B.1.a. through B.1.g. apply whether or not the loss event results in widespread damage or affects a substantial area.

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

b. Delay, loss of use or loss of market.

c. Smoke, vapor or gas from agricultural smudging or industrial operations.

d. (1) Wear and tear;

(2) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature; or

(c) Marring or scratching.

But if an excluded cause of loss that is listed in 2.d.(1) through (7) results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

   Copyright, Insurance Services Office, Inc., 1999   CP 10 30 10 00   □

e. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

f. Continuous or repeated seepage or leakage of water that occurs over a period of 14 days or more.

g. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

h. Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

i. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

j. Rain, snow, ice or sleet to personal property in the open.

k. Collapse, except as provided below in the Additional Coverage for Collapse. But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

l. Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This Exclusion, l., does not apply to damage to glass caused by chemicals applied to the glass.

m. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

3. We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

4. Special Exclusions

The following provisions apply only to the specified Coverage Forms.

a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form

We will not pay for:

(1) Any loss caused directly or indirectly by the failure of power or other utility service supplied to the described premises, however caused, if the failure occurs outside of a covered building.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss resulting from that Covered Cause of Loss.

(2) Any loss caused by or resulting from:

   (a) Damage or destruction of "finished stock"; or

   (b) The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

(3) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

(4) Any increase of loss caused by or resulting from:

   (a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

   (b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

(5) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

(6) Any other consequential loss.

**b. Leasehold Interest Coverage Form**

(1) Paragraph B.1.a. Ordinance Or Law, does not apply to insurance under this Coverage Form.

(2) We will not pay for any loss caused by:

   (a) Your cancelling the lease;

   (b) The suspension, lapse or cancellation of any license; or

   (c) Any other consequential loss.

**c. Legal Liability Coverage Form**

(1) The following exclusions do not apply to insurance under this Coverage Form:

   (a) Paragraph B.1.a., Ordinance Or Law;

   (b) Paragraph B.1.c., Governmental Action;

   (c) Paragraph B.1.d., Nuclear Hazard;

   (d) Paragraph B.1.e., Utility Services; and

   (e) Paragraph B.1.f., War And Military Action.

(2) The following additional exclusions apply to insurance under this Coverage Form:

   (a) **Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

     (i) Your assumption of liability was executed prior to the accident; and

     (ii) The building is Covered Property under this Coverage Form.

   (b) **Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

Copyright, Insurance Services Office, Inc., 1999

CP 10 30 10 00

b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

(1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

(2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

(1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

(2) Business Income coverage or Extra Expense coverage.

e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

a. Valuable papers and records, such as books of account, manuscripts, abstracts, drawings and card index systems, including those which exist on film, tape, disc, drum, cell or other data processing, recording or storage media. Valuable papers and records do not include prepackaged software programs.

b. Animals, and then only if they are killed or their destruction is made necessary.

c. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

(1) Glass; or

(2) Containers of property held for sale.

d. Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

(1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

(2) To Business Income coverage or to Extra Expense coverage.

3. The special limit shown for each category, a. through d., is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

a. $2,500 for furs, fur garments and garments trimmed with fur.

b. $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

c. $2,500 for patterns, dies, molds and forms.

d. $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, C.3., does not apply to Business Income coverage or to Extra Expense coverage.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

a. Results in discharge of any substance from an automatic fire protection system; or

b. Is directly caused by freezing.

However, this limitation does not apply to Business Income coverage or to Extra Expense coverage.

 Copyright, Insurance Services Office, Inc., 1999  □

**D. Additional Coverage – Collapse**

The term Covered Cause of Loss includes the Additional Coverage – Collapse as described and limited in **D.1.** through **D.5.** below.

1. With respect to buildings:

   a. Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose;

   b. A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse;

   c. A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building;

   d. A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

2. We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if the collapse is caused by one or more of the following:

   a. The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

   b. Decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   c. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   d. Weight of people or personal property;

   e. Weight of rain that collects on a roof;

   f. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in **2.a.** through **2.e.**, we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling or renovation, contributes to the collapse.

The criteria set forth in **1.a.** through **1.d.** do not limit the coverage otherwise provided under this Causes of Loss Form for the causes of loss listed in **2.a.**, **2.d.** and **2.e.**

3. With respect to the following property:

   a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

   b. Awnings, gutters and downspouts;

   c. Yard fixtures;

   d. Outdoor swimming pools;

   e. Fences;

   f. Piers, wharves and docks;

   g. Beach or diving platforms or appurtenances;

   h. Retaining walls; and

   i. Walks, roadways and other paved surfaces;

   if the collapse is caused by a cause of loss listed in **2.b.** through **2.f.**, we will pay for loss or damage to that property only if:

   a. Such loss or damage is a direct result of the collapse of a building insured under this Coverage Form; and

   b. The property is Covered Property under this Coverage Form.

4. If personal property abruptly falls down or caves in and such collapse is not the result of collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

   a. The collapse was caused by a Cause of Loss listed in **2.a.** through **2.f.** above;

   b. The personal property which collapses is inside a building; and

   c. The property which collapses is not of a kind listed in **3.** above, regardless of whether that kind of property is considered to be personal property or real property.

   The coverage stated in this Paragraph **4.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

   Collapse of personal property does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

5. This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

Copyright, Insurance Services Office, Inc., 1999
CP 10 30 10 00   □

E. **Additional Coverage Extensions**

1. **Property In Transit**

This Extension applies only to your personal property to which this form applies.

a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

b. Loss or damage must be caused by or result from one of the following causes of loss:

(1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

(2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed.

(3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

c. The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

2. **Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

3. **Glass**

a. We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

b. We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension, E.3., does not increase the Limit of Insurance.

F. **Definitions**

"Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

1. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

a. The cost of filling sinkholes; or

b. Sinking or collapse of land into man-made underground cavities.

2. Falling objects does not include loss or damage to:

a. Personal property in the open; or

b. The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

3. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

IL 09 35 08 98

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

A. We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

1. The failure, malfunction or inadequacy of:

   a. Any of the following, whether belonging to any insured or to others:

      (1) Computer hardware, including micro-processors;

      (2) Computer application software;

      (3) Computer operating systems and re-lated software;

      (4) Computer networks;

      (5) Microprocessors (computer chips) not part of any computer system; or

      (6) Any other computerized or electronic equipment or components; or

   b. Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph A.1.a. of this endorse-ment;

   due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inabil-ity of computer software to recognize the year 2000.

2. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph A.1. of this endorsement.

B. If an excluded Cause of Loss as described in Paragraph A. of this endorsement results:

1. In a Covered Cause of Loss under the Boiler And Machinery Coverage Part, the Commer-cial Crime Coverage Part, the Commercial In-land Marine Coverage Part or the Standard Property Policy; or

2. Under the Commercial Property Coverage Part:

   a. In a "Specified Cause of Loss", or in eleva-tor collision resulting from mechanical breakdown, under the Causes of Loss – Special Form; or

   b. In a Covered Cause of Loss under the Causes Of Loss – Basic Form or the Causes Of Loss – Broad Form;

   we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", eleva-tor collision, or Covered Cause of Loss.

C. We will not pay for repair, replacement or modifi-cation of any items in Paragraphs A.1.a. and A.1.b. of this endorsement to correct any defi-ciencies or change any features.

Copyright, Insurance Services Office, Inc., 1998

POLICY NUMBER:

**COMMERCIAL PROPERTY**
**CP 01 25 06 95**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

A. When this endorsement is attached to the Standard Property Policy CP 00 99 the term Coverage Part in this endorsement is replaced by the term Policy.

B. The following provision applies when a Coinsurance percentage is shown in the Declarations:

Florida law states as follows:

Coinsurance contract: The rate charged in this policy is based upon the use of the coinsurance clause attached to this policy, with the consent of the Insured.

C. The following is added:

If loss or damage to Covered Property is caused by or results from Windstorm, the following exclusion applies in:

1. Broward County;

2. Dade County;

3. Martin County;

4. Monroe County;

5. Palm Beach County; and

6. All the areas east of the west bank of the Intra-Coastal Waterway in the Counties of:

   a. Indian River; and

   b. St. Lucie.

**Windstorm Exterior Paint and Waterproofing Exclusion**

We will not pay for loss or damage to:

1. Paint; or

2. Waterproofing material;

applied to the exterior of Buildings.

We will not include the value of paint or waterproofing material to determine:

   a. The amount of the Windstorm or Hail Deductible; or

   b. The value of Covered Property when applying the Coinsurance Condition.

D. The LOSS PAYMENT Condition dealing with the number of days within which we must pay for covered loss or damage is replaced by the following:

Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage:

   (1) Within 20 days after we receive the sworn proof of loss and reach written agreement with you; or

   (2) Within 30 days after we receive the sworn proof of loss and:

       (a) There is an entry of a final judgment; or

       (b) There is a filing of an appraisal award with us.

E. Sinkhole Collapse

1. Paragraph **A.10.**, SINKHOLE COLLAPSE, of the Causes of Loss – Basic Form and the Causes of Loss – Broad Form;

2. Paragraph **A.2.c.(8)** of COVERED CAUSES OF LOSS of the Mortgageholders Errors and Omissions Coverage Form; and

3. Paragraph **A.3.h.**, SINKHOLE COLLAPSE, of the Standard Property Policy

are replaced by the following:

Sinkhole Collapse, meaning loss or damage caused by the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or similar rock formations. This cause of loss does not include:

   a. The cost of filling sinkholes; or

   b. Sinking or collapse of land into man-made underground cavities.

CP 01 25 06 95            Copyright, ISO Commercial Risk Services, Inc., 1994            **Page 1 of 2**            ☐

F. Paragraph **F.1.** of DEFINITIONS of the Causes of Loss – Special Form is replaced by the following:

1. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or similar rock formations. This cause of loss does not include:

   a. The cost of filling sinkholes; or

   b. Sinking or collapse of land into man-made underground cavities.

Copyright, ISO Commercial Risk Services, Inc., 1994

**CP 01 25 06 95**     □

POLICY NUMBER:

COMMERCIAL PROPERTY<br>CP 01 91 06 95

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES - CONDOMINIUMS

This endorsement modifies insurance provided under the following:

CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CONDOMINIUM ASSOCIATION CHANGES - STANDARD PROPERTY POLICY
CONDOMINIUM COMMERCIAL UNIT-OWNERS CHANGES - STANDARD PROPERTY POLICY

**SCHEDULE**
**CONDOMINIUM ADDITIONAL BUILDING PROPERTY**

| Prem. No. | Bldg. No. | Additional Covered Property |
|---|---|---|
| | | DOES NOT APPLY |

A. The following provisions apply to the CONDO-MINIUM COMMERCIAL UNIT-OWNERS insurance:

1. The following are added to YOUR BUSINESS PERSONAL PROPERTY:

   a. Floor coverings, wall coverings and ceiling coverings within individual units except as provided under PROPERTY NOT COVERED in paragraph A.2. below; and

   b. Electrical fixtures, appliances, air conditioner and heating equipment, water heaters and built-in cabinets which are located within an individual unit and which you are required to repair or replace, except as provided under PROPERTY NOT COVERED in paragraph A.2. below.

2. The following are added to PROPERTY NOT COVERED:

   a. Floor coverings, wall coverings and ceiling coverings within individual units, if, prior to October 1, 1986, your Condominium Association Agreement required the Association to insure it; and

   b. Electrical fixtures, appliances, air conditioner and heating equipment, water heaters and built-in cabinets which are located within an individual unit and which you are required to repair or replace, if, prior to October 1, 1986, your Condominium Association Agreement required the Association to insure it.

3. The following is added to the LOSS CONDITIONS section:

   **Waiver of Rights of Recovery**

   We waive our rights to recover payment from the association.

B. The following provision applies to the CONDO-MINIUM ASSOCIATION insurance:

   BUILDING section is replaced by the following:

   1. Building, meaning the building or structure described in the Declarations, including:

      a. Completed additions;

      b. Fixtures, outside of individual units, including outdoor fixtures;

      c. Permanently installed:

         (1) Machinery and

         (2) Equipment;

      d. Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

         (1) Fire extinguishing equipment;

         (2) Outdoor furniture;

         (3) Floor coverings; and

         (4) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering that are not contained within individual units;

 Copyright, ISO Commercial Risk Services, Inc., 1994

e. If not covered by other insurance:

  (1) Additions under construction, alterations and repairs to the building or structure;

  (2) Materials, equipment, supplies, and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure; and

f. Any of the following types of property contained within a unit, if your Condominium Association Agreement requires you to insure it:

  (1) Your fixtures, improvements and alterations that are a part of the building or structure;

  (2) Your appliances, such as those used for refrigerating, ventilating, cooking, dishwashing, laundering, security or housekeeping; and

  (3) Fixtures, installations or additions owned by unit-owners and comprising that part of the building within the unfinished interior surfaces of the perimeter walls, floors and ceilings of the individual units:

    (a) Initially installed in accordance with the original plans and specifications, or replacements of like kind or quality as those initially installed; or

    (b) As existed at the time the unit was initially conveyed, if the original plans and specifications are not available.

  (4) Floor coverings, wall coverings and ceiling coverings within individual units, if, prior to October 1, 1986, your Condominium Association Agreement required you to insure it.

  (5) Additional property as described in the Schedule, or in the Declarations.

2. But Building does not include:

a. Floor coverings, wall coverings and ceiling coverings within individual units except as provided under B.1.f.(4) above;

b. Electrical fixtures, appliances, air conditioner or heating equipment, water heaters or built-in cabinets which are located within an individual unit and which the unit-owner is required to repair or replace, unless, prior to October 1, 1986, your Condominium Association Agreement required you to insure it; and

c. Personal property owned by, used by or in the care, custody or control of a unit-owner except for personal property listed in paragraph B.1.f. above.

With respect to coverage for fixtures, installations and additions provided in paragraph B.1.f. above, each unit-owner will be considered an additional insured.

Copyright, ISO Commercial Risk Services, Inc., 1994

CP 01 91 06 95    □

IL 02 55 03 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES –
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BUSINESSOWNERS POLICY
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART – FARM PROPERTY COVERAGE FORM
FARM COVERAGE PART – LIVESTOCK COVERAGE FORM
FARM COVERAGE PART – MOBILE AGRICULTURAL MACHINERY
AND EQUIPMENT COVERAGE FORM

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation For Policies In Effect 90 Days Or Less**

**a.** If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

**(a)** A material misstatement or misrepresentation; or

**(b)** A failure to comply with underwriting requirements established by the insurer.

**b.** We may not cancel:

**(1)** On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

**(2)** On the basis of filing of claims for partial loss caused by sinkhole damage, regardless of whether this policy has been the subject of a sinkhole claim, or on the basis of the risk associated with the occurrence of such a claim. However, we may cancel this policy if:

**(a)** The total of such property insurance claim payments for this policy exceeds the current policy limits of coverage for property damage; or

**(b)** You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

**B.** The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation For Policies In Effect For More Than 90 Days**

**a.** If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** The policy was obtained by a material misstatement;

**(3)** There has been a failure to comply with underwriting requirements established by the insurer within 90 days of the effective date of coverage;

    Copyright, Insurance Services Office, Inc., 1997

(4) There has been a substantial change in the risk covered by the policy;

(5) The cancellation is for all insureds under such policies for a given class of insureds;

(6) On the basis of property insurance claims that are the result of an act of God, if we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

(7) On the basis of filing of claims for partial loss caused by sinkhole damage, or on the basis of the risk associated with the occurrence of such a claim, if:

    (a) The total of such property insurance claim payments for this policy exceeds the current policy limits of coverage for property damage; or

    (b) You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

b. If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

(1) 10 days before the effective date of cancellation if cancellation is for non-payment of premium; or

(2) 45 days before the effective date of cancellation if:

    (a) Cancellation is for one or more of the reasons stated in 7.a.(2) through 7.a.(7) above; and

    (b) This policy does not cover a residential structure or its contents; or

(3) 90 days before the effective date of cancellation if:

    (a) Cancellation is for one or more of the reasons stated in 7.a.(2) through 7.a.(7) above; and

    (b) This policy covers a residential structure or its contents.

C. The following is added:

NONRENEWAL

1. If we decide not to renew this policy we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the specific reason for nonrenewal, at least:

    a. 90 days prior to the expiration of the policy if this policy covers a residential structure or its contents; or

    b. 45 days prior to the expiration of the policy for all other policies.

2. Any notice of nonrenewal will be mailed or delivered to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

3. We may not refuse to renew this policy:

    a. On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

    b. On the basis of filing of claims for partial loss caused by sinkhole damage, regardless of whether this policy has been the subject of a sinkhole claim, or on the basis of the risk associated with the occurrence of such a claim. However, we may refuse to renew this policy if:

        (1) The total of such property insurance claim payments for this policy exceeds the current policy limits of coverage for property damage; or

        (2) You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

Copyright, Insurance Services Office, Inc., 1997
IL 02 55 03 98

IL 01 75 09 93

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES - LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> BUSINESSOWNERS POLICY
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> FARM COVERAGE PART

The following replaces the second paragraph of the Legal Action Against Us condition:

LEGAL ACTION AGAINST US

Legal action against us involving direct physical loss or damage to property must be brought within 5 years from the date the loss occurs.

Copyright, Insurance Services Office, Inc., 1993
Copyright, ISO Commercial Risk Services, Inc., 1993

IL 01 75 09 93

LUXURY CONDOMINIUM, INC.

SCHEDULE OF LOCATIONS AND LIMITS OF LIABILITY

JUNE 16, 2004

| | Location | Building No. | Covering | Limit |
|---|---|---|---|---|
| 1. | 10901-10903 N. Kendall Drive Miami, FL 33176 | 1 | Building Business Personal Property | $3,259,450. $5,000. |
| | 10905-10907 N. Kendall Drive Miami, FL 33176 | 2 | Building Business Personal Property | $3,259,450. $5,000. |
| | Community Center Miami, FL 33176 | 3 | Building Business Personal Property | $100,000. $5,000. |
| | | | Pool | $50,000. |

## CO-INSURANCE CONTRACT

"Co-insurance contract; "the rate charged in this policy is based upon the use of co-insurance clause attached to this policy with the consent of the insured," in addition, the statute requires that the co-insurance clause is clearly identifiable and the rate for the insurance with or without the co-insurance clause is furnished to the insured upon his request."

PC-21 (5/96)

<u>Service of Suit Clause</u>

It is agreed that in the event of the failure of this Company to pay any amount claimed to be due hereunder, this Company, at the request of the Insured, will submit to the jurisdiction of any Court of Competent Jurisdiction within the United States and will comply with all requirements necessary to give such Court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such Court, however, this Company specifically reserves the right to remove any suit brought under this policy to a Federal Court of the United States.

It is further agreed that service of process in such suit may be made upon the highest one in authority bearing the title "Commissioner", "Director", or "Superintendent" of Insurance of the state or commonwealth wherein the property covered by this policy is located, and that in any suit instituted against it upon this contract this Company will abide by the final decision of such Court or any Appellate Court in the event of an appeal.  The one in authority bearing the title "Commissioner", "Director", or "Superintendent" of Insurance of the state or commonwealth wherein the property covered by this policy is located is hereby authorized and directed to accept service of process on behalf of this Company in any such suit and/or upon the Insured's request to give a written undertaking to the Insured that they will enter a general appearance upon this Company's behalf in the event such a suit shall be instituted.

PS-1 (9/93)

## Salvage and Recovery Clause

All salvages, recoveries and payments recovered or received subsequent to a loss settlement under this policy shall be applied as if recovered or received prior to the said settlement and all necessary adjustments shall be made by the parties hereto.

PS-2

## MINIMUM EARNED PREMIUM

It is hereby understood and agreed that this policy is written subject to a _____25_ % minimum earned premium regardless of time in force.

PM-3

PER OCCURRENCE DEFINITION:

It is hereby understood and agreed that the following Special Terms and Conditions apply to this policy:

(1)    The Limit of Liability or Amount of Insurance shown on the face of this policy is a Limit or Amount per occurrence. Notwithstanding anything to the contrary contained herein, in no event shall the Liability of this company exceed this Limit or Amount in one disaster, casualty, or event, irrespective of the number of Locations involved.

(2)    The premium for this policy is based upon the Statement of Values on file with the company, or attached to this policy. In the event of loss hereunder, liability of the company shall be limited to the least of the following:

A.    The actual adjustment amount of loss, less applicable deductible(s).

B.    The total stated value for the property involved, as shown on the latest Statement of Values on file with the company, less applicable deductible(s).

C.    The Limit of Liability or Amount of Insurance shown on the face of this policy or endorsed onto this policy.

OCCURRENCE DEFINED:

As used herein, "Occurrence" shall mean any one loss, disaster, or casualty or series of losses, disasters, or casualties arising out of one event.

C-142

## VACANT OR UNOCCUPIED
### Condition of Coverage

As a condition of this insurance, the insured is required to secure and lock all exterior doors, windows and any other openings for any unoccupied or vacant areas of building(s) scheduled.

We will NOT pay for loss or damage caused by or resulting from covered perils if, prior to loss, the insured:

   a. Knew of any suspension or impairment of such protection and failed to notify the insurance company of that fact; or

   b. Failed to maintain such protection, for unoccupied or vacant areas of building(s), as required above.

Failure to comply with this condition of coverage shall suspend all coverage under this policy, at the building(s) which are not in compliance, until such time as the protection of the premises meets the required conditions stated above.

C-184 (10/95)

## WIND EXCLUSION

It is hereby understood and agreed that the perils of "Wind, Hail, Wind Driven Water, Collapse due to Wind, and any other Wind related perils" are excluded from coverage under this policy.

AS RESPECTS ANY LOCATION WITH WOOD JOISTED ROOF CONSTRUCTION.

C-185 (10/95)

## Electronic Data Endorsement

Notwithstanding any provision to the contrary within the policy or any endorsement thereto, it is understood and agreed that this policy does not insure against loss or damage caused by, resulting from, contributed to, or aggravated by:

1.  alteration, manipulation or destruction of computer media and data, the addition of a virus, destructive code or similar instruction that disrupts the normal operation of computer equipment or results in the loss of use or physical damage to computer equipment or computer media and data; such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in sequence to the loss or damage;

2.  denial of service; including but not limited to unauthorized direction of a high volume of messages or inquiries to a web site or e-mail destinations, effectively denying, interrupting or limiting legitimate access; such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in sequence to the loss or damage;

3.  transfer of property caused by, resulting from, or arising out of unauthorized instructions transmitted by a computer;

4.  financial loss or any other loss or damage due to unauthorized viewing, copying or use of any data (including proprietary or confidential information) by any person, even if such activity is characterized as theft.

C-196

## WINDSTORM PERCENTAGE DEDUCTIBLE
### Values at Time and Place of Loss

The following Deductible will apply as respects loss or damage caused by wind, hail, wind driven water, collapse due to wind and any other wind related peril:

### SCHEDULE OF DEDUCTIBLES

| | |
|---|---|
| 3% | of total insured values of the item(s) insured that has sustained loss or damage at the time and place of loss |
| $25,000. | Minimum per occurrence |

The sum we will subtract from each separate item insured will be a percentage of the item's value or the minimum dollar deductible amount, if shown above, whichever is greater. The applicable percentage is shown in the above Schedule of Deductibles. The windstorm percentage deductible indicated above shall apply to each separate item insured and as listed below.

The percentage deductible applies separately to:

a.  Each building or structure;
b.  The contents of each building or structure;
c.  Personal Property in the open;
d.  Business Income/Extra Expense and/or Rental Value;
e.  All other covered items

### CALCULATION OF THE PERCENTAGE:

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the percentage, shown above, of the value(s) of the property that has sustained loss or damage.

### EXAMPLES OF VALUE DETERMINATION:

BUILDING
The cost to replace the building is $1,000,000 and the Actual Cash Value of the building is $800,000. The deductible is 2%.

When coverage is written at Replacement Cost Value, the windstorm percentage deductible will be the applicable percentage, shown above, of the Replacement Cost Value of the property.

$1,000,000 x 2% = $20,000 deductible

When coverage is written at Actual Cash Value, the windstorm percentage deductible will be the applicable percentage, shown above, of the Actual Cash Value of the property.

$800,000 x 2% = $16,000 deductible

C-198 (04/01)            Page 1 of 2

PERSONAL PROPERTY
The total replacement cost on the personal property is $500,000 and the Actual Cash Value is $300,000. The deductible is 2%.

When coverage is written at Replacement Cost Value, the deductible will be the applicable percentage shown above of the Replacement Cost Value of the property.

$500,000 x 2% = $10,000 deductible

When coverage is written at Actual Cash Value, the deductible will be the applicable percentage shown above of the Actual Cash Value of the property.

$300,000 x 2% = $6,000 deductible

BUSINESS INCOME, EXTRA EXPENSE, RENTAL VALUE

Business Income, Extra Expense:
The deductible will be based on the projected annual net income that would have been earned or incurred and continuing normal operating expenses incurred, including payroll.

Rental Value:
The deductible will be based on the projected annual rental income and the amount of all charges which are the legal obligation of the tenant(s) and which would otherwise be your obligation.

# HURRICANE AND TROPICAL STORM DEFINITION

Hurricane or Tropical Storm is defined as a windstorm that:

1. Has sustained wind speed of 45 miles per hour or greater; and
2. Has been declared by the National Hurricane Center of the National Weather Service to be a Hurricane, Typhoon, Tropical Cyclone or Tropical Storm; and
3. Includes the 72 hours immediately following the downgrading of a Hurricane, Typhoon, Tropical Cyclone or Tropical Storm as declared by the National Weather Service.

Hurricane or Tropical Storm Cause of Loss also includes loss resulting from:

1. Rain or wind driven rain which enters the insured building or structure through an opening created by the force of a Hurricane, Typhoon, Tropical Cyclone or Tropical Storm;
2. One or more tornadoes that are a result of actions or effects of Hurricane, Typhoon, Tropical Cyclone or Tropical Storm; and
3. Any object, material or debris that is carried, propelled or in any manner moved by a Hurricane, Typhoon, Tropical Cyclone or Tropical Storm

C-199 (05/01)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – TERRORISM

A.  We will not pay for any loss ("loss") or damage caused directly or indirectly by, resulting from or in connection with or arising out of "terrorism". Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

But if "terrorism" results in fire, this exclusion will not apply to loss ("loss") or damage caused by that fire to Covered Property located in a state where a statute provides that coverage for the peril of fire is required to be provided pursuant to a statutorily prescribed standard fire insurance policy.

However, this exception for fire applies only to direct loss ("loss") or damage by fire to Covered Property, and does not apply to insurance provided under any of the following coverages:
1.  Business Interruption;

2.  Business Income;

3.  Extra Expense;

4.  Legal Liability;

5.  Leasehold Interest; or

6.  Loss of Rents.


B.  This insurance does not apply to:
1.  Any injury or damage to persons or property; or
2.  Any damages, judgments, loss, costs or expenses;

caused directly or indirectly by, resulting from or in connection with or arising out of "terrorism".


C.  As used in **A.** and **B.** above, "terrorism" means any act against any person, tangible or intangible property, or infrastructure that:
1.  Is determined by governmental authority to be an act of terrorism; or
2.  We reasonably determine to be:
    a.  In furtherance of political, religious, ideological or cultural objectives; and
    b.  Committed for the purpose of:
        (1)  Intimidating, coercing or punishing a civilian population or a segment thereof or its government;
        (2)  Influencing the policy of a government by intimidation or coercion; or
        (3)  Disrupting any segment of a national economy.
3.  Terrorism does not include "vandalism".
    "Vandalism" means willful and malicious damage to or destruction of property which is not committed for the purpose of:
        (1)  Intimidating, coercing or punishing a civilian population or a segment thereof or its government;
        (2)  Influencing the policy of a government by intimidation or coercion; or
        (3)  Disrupting any segment of a national economy.


As used in this Endorsement the word act includes any preparation for or threat or attempt to commit such act.

C-203 (02/02)                                                                                                    Page 1 of 1

# "Fungus" Endorsement

The Policy to which this endorsement is attached is amended as follows:

1.  The provisions of this endorsement supersede any contradictory provisions found in any other form or endorsement attached to this policy.

2.  The policy is amended to add the following loss exclusions:

    This policy does not insure loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

    (a)  Presence, growth, proliferation, spread or any activity of "fungus", mold, mildew, wet rot, dry rot, bacteria or virus. This exclusion does not apply if "fungus", mold, mildew, wet rot, dry rot, bacteria or virus results from fire, lightning, or flood, if flood coverage applies, and if all reasonable means were used to save and preserve the property from further damage at the time of and after the loss occurrence.

    (b)  Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

3.  The policy is amended to add the following additional coverage:

    **Additional Coverage for Fungus, Mold, Wet Rot, Dry Rot, Bacteria and Virus.**

    A.  Loss or Damage associated with Fungus, Mold, Mildew, Wet or Dry Rot, Bacteria or Virus is covered only if all reasonable means were used to save and preserve the property from further damage at the time of and after the occurrence and only if such damage was the result of one or more of the following causes that are not otherwise excluded by this policy and that occurred during the policy period:

        (1.)  explosion,
        (2.)  windstorm or hail,
        (3.)  smoke,
        (4.)  aircraft or vehicles,
        (5.)  riot or civil commotion,
        (6.)  vandalism,
        (7.)  leakage from fire extinguishing equipment,
        (8.)  sinkhole collapse,
        (9.)  volcanic action,
        (10.)  falling objects,
        (11.)  weight of snow, ice or sleet,
        (12.)  water damage.

C-207  (10/2002)                                                    Page 1 of 2

B.     Coverage for loss associated with fungus, mold, mildew, wet or dry rot, bacteria or virus is limited to $15,000.00. Regardless of the number of claims, this limit is the most that will be paid for the total of all loss or damage arising out of all occurrences which take place in a 12-month period (starting with the beginning of the present annual policy period.) With respect to a particular occurrence of loss which results in fungus, mold, mildew, wet or dry rot, bacteria or virus, we will not pay more than a total of $15,000.00 even if the fungus, mold, wet or dry rot, bacteria or virus continues to be present or active, or recurs, in a later policy period.

4.   If the Ordinance or Law Coverage is included in this policy, the following exclusions apply:

This policy does not insure any cost associated with or loss arising out of:

1.   Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to the presence, growth, proliferation, spread or any activity of fungus, mold, mildew, wet or dry rot, bacteria or virus; or

2.   Enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or any way respond to or access the effects of fungus, mold, mildew, wet or dry rot, bacteria or virus.

5.  Definitions:

**"Fungus"** means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**"Sinkhole collapse"** means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include the cost of filling sinkholes or sinking or collapse of land into manmade underground cavities.

**"Falling objects"** does not include loss or damage to personal property in the open or the interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**"Water damage"** means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system or its related equipment and parts), that is located on the described premises and contains water or steam.

**All other terms and conditions remain unchanged.**

Insured: LUXURY CONDOMINIUM, INC.          Effective Date of this Notice: JUNE 16, 2004
Policy #: ZG 0029479

## NOTICE TO POLICYHOLDERS
### TERRORISM RISK INSURANCE ACT

We have previously notified you that under the Terrorism Risk Insurance Act of 2002, effective November 26, 2002, we must make terrorism coverage available in the policies we offer. At that time we advised you that the premium for such terrorism coverage would be $1,291. As a result of your decision to reject terrorism coverage, we will not charge your policy for terrorism coverage.

Any terrorism coverage made available in our policies is partially reinsured by the United States of America under a formula established by federal law. Under this formula, the United States will pay 90% of covered terrorism losses exceeding a statutorily established deductible paid by insurers until such time as insured losses under the program reach $100 billion. If that occurs, Congress will determine the procedures for, and the source of, any payments for losses in excess of $100 billion.

By declining to purchase the offered terrorism coverage, you have authorized the attachment of a terrorism exclusion to your policy and/or binder. An exclusion will now form a part of and is included with your policy or binder.

Questions regarding your election can be directed to your agent or broker.

C-212 (01/03)

**AMENDATORY ENDORSEMENT:**
**TERRITORY, LIBERALIZATION CLAUSE**

It is understood and agreed Item E., LIBERALIZATION, of Form #CP 00 90 07 88, COMMERCIAL PROPERTY CONDITIONS, is null and void.

It is further agreed Item H. POLICY PERIOD, COVERAGE TERRITORY, of Form #CP 00 90 07 88, COMMERCIAL PROPERTY CONDITIONS, is amended to read as follows:

    H.   POLICY PERIOD, COVERAGE TERRITORY

        Under this Coverage Part:

        1.   We cover loss or damage commencing:

            a.   During the policy period shown in the Declarations; and

            b.   Within the coverage territory.

        2   The coverage territory is the continental United States and the District of Columbia.

C-217 (5/03)

POLICY NUMBER:  ZG 0029479                                    COMMERCIAL PROPERTY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

### SCHEDULE*

| Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|---|---|---|
| SCHEDULED | | P-9 |

**Describe any "P-9":**

SMOKE DETECTORS IN EACH UNIT.

A. This insurance will be automatically suspended at the involved location if you fail to notify us immediately when you:

1. Know of any suspension or impairment in the protective safeguards; or

2. Fail to maintain the protective safeguards over which you have control in complete working order.

If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

B. The protective safeguards to which this endorsement applies are identified by the following symbols:

"P-1" **Automatic Sprinkler System,** including related supervisory services.

Automatic Sprinkler System means:

a. Any automatic fire protective or extinguishing system, including connected:

(1) Sprinklers and discharge nozzles;

(2) Ducts, pipes, valves and fittings;

(3) Tanks, their component parts and supports; and

(4) Pumps and private fire protection mains.

b. When supplied from an automatic fire protective system:

(1) Non-automatic fire protective systems; and

(2) Hydrants, standpipes and outlets.

"P-2" **Automatic Fire Alarm,** protecting the entire building, that is:

a. Connected to a central station; or

b. Reporting to a public or private fire alarm station.

"P-3" **Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

"P-4" **Service Contract** with a privately owned fire department providing fire protection service to the described premises.

"P-9" The protective system described in the Schedule.

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

CP 12 10 11 85        Copyright, ISO Commercial Risk Services, Inc., 1983

POLICY NUMBER:  ZG 0029479

COMMERCIAL PROPERTY
CP 04 05 10 00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ORDINANCE OR LAW COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
STANDARD PROPERTY POLICY

## SCHEDULE*

| Bldg. No./ Prem. No. | Cov. A | Cov. B Limit Of Insur. | Cov. C Limit Of Insur. | Cov. B And C Combined Limit Of Insur. | |
|---|---|---|---|---|---|
| Scheduled | ☒ | $ —— | $ —— | $  * | ** |
| | ☐ | $ | $ | $ | ** |
| | ☐ | $ | $ | $ | ** |

\* Information required to complete the Schedule, if not shown on this endorsement, will be shown in the Declarations.  SUB-LIMIT: $750,000. (A, B, and C Blanket)

\*\* Do not enter a Combined Limit of Insurance if individual Limits of Insurance are selected for Coverages B and C, or if one of these Coverages is not applicable.

A. Each Coverage – Coverage A, Coverage B and Coverage C – is provided under this endorsement only if that Coverage(s) is chosen by entry in the above Schedule and then only with respect to the building identified for that Coverage(s) in the Schedule.

B. **Application Of Coverage(s)**

The Coverage(s) provided by this endorsement apply only if both **B.1.** and **B.2.** are satisfied and are then subject to the qualifications set forth in **B.3.**

1. The ordinance or law:

   a. Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

   b. Is in force at the time of loss.

But coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

2.a. The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

   b. The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

   c. But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this endorsement even if the building has also sustained covered direct physical damage.

3. In the situation described in **B.2.b.** above, we will not pay the full amount of loss otherwise payable under the terms of Coverages A, B, and/or C of this endorsement. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

Copyright, Insurance Services Office, Inc., 1999

(Section H. of this endorsement provides an example of this procedure.)

However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverages A, B and/or C of this endorsement.

C. We will not pay under this endorsement for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

D. Coverage

1. Coverage A – Coverage For Loss To The Undamaged Portion Of The Building

   With respect to the building that has sustained covered direct physical damage, we will pay under Coverage A for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

   Coverage A is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. Coverage A does not increase the Limit of Insurance.

2. Coverage B – Demolition Cost Coverage

   With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

   The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

3. Coverage C – Increased Cost Of Construction Coverage

   a. With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

      (1) Repair or reconstruct damaged portions of that building; and/or

      (2) Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

      when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

      However:

      (1) This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

      (2) We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

      The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.

   b. When a building is damaged or destroyed and Coverage C applies to that building in accordance with 3.a. above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in 3.a.:

      (1) The cost of excavations, grading, backfilling and filling;

      (2) Foundation of the building;

      (3) Pilings; and

      (4) Underground pipes, flues and drains.

      The items listed in b.(1) through b.(4) above are deleted from Property Not Covered, but only with respect to the coverage described in this Provision, 3.b.

E. Loss Payment

1. All following loss payment Provisions, E.2. through E.5., are subject to the apportionment procedures set forth in Section B.3. of this endorsement.

Copyright, Insurance Services Office, Inc., 1999

CP 04 05 10 00

2. When there is a loss in value of an undamaged portion of a building to which Coverage A applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

   a. If the Replacement Cost Coverage Option applies and the property is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

      (1) The amount you would actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

      (2) The Limit of Insurance shown in the Declarations as applicable to the covered building.

   b. If the Replacement Cost Coverage Option applies and the property is **not** repaired or replaced, or if the Replacement Cost Coverage Option does **not** apply, we will not pay more than the lesser of:

      (1) The actual cash value of the building at the time of loss; or

      (2) The Limit of Insurance shown in the Declarations as applicable to the covered building.

3. Unless Paragraph **E.5.** applies, loss payment under Coverage **B** – Demolition Cost Coverage will be determined as follows:

   We will not pay more than the lesser of the following:

   a. The amount you actually spend to demolish and clear the site of the described premises; or

   b. The applicable Limit of Insurance shown for Coverage **B** in the Schedule above.

4. Unless Paragraph **E.5.** applies, loss payment under Coverage **C** – Increased Cost of Construction Coverage will be determined as follows:

   a. We will not pay under Coverage **C**:

      (1) Until the property is actually repaired or replaced, at the same or another premises; and

      (2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

   b. If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage **C** is the lesser of:

      (1) The increased cost of construction at the same premises; or

      (2) The applicable Limit of Insurance shown for Coverage **C** in the Schedule above.

   c. If the ordinance or law requires relocation to another premises, the most we will pay under Coverage **C** is the lesser of:

      (1) The increased cost of construction at the new premises; or

      (2) The applicable Limit of Insurance shown for Coverage **C** in the Schedule above.

5. If a **Combined** Limit of Insurance is shown for Coverages **B** and **C** in the Schedule above, Paragraphs **E.3.** and **E.4.** of this endorsement do not apply with respect to the building that is subject to the Combined Limit, and the following loss payment provisions apply instead:

   The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the Combined Limit of Insurance shown for Coverages **B** and **C** in the Schedule above. Subject to this Combined Limit of Insurance, the following loss payment provisions apply:

   a. For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

   b. With respect to the Increased Cost of Construction:

      (1) We will not pay for the increased cost of construction:

         (a) Until the property is actually repaired or replaced, at the same or another premises; and

         (b) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

      (2) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

Copyright, Insurance Services Office, Inc., 1999     □

**(3)** If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

**F.** The terms of this endorsement apply separately to each building to which this endorsement applies.

**G.** Under this endorsement we will not pay for loss due to any ordinance or law that:

1. You were required to comply with before the loss, even if the building was undamaged; and

2. You failed to comply with.

**H.** Example of Proportionate Loss Payment for Ordinance Or Law Coverage Losses (procedure as set forth in Section **B.3.** of this endorsement.)

Assume:

- Wind is a Covered Cause of Loss; Flood is an excluded Cause of Loss

- The building has a value of $200,000

- Total direct physical damage to building: $100,000

- The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value

- Portion of direct physical damage that is covered (caused by wind): $30,000

- Portion of direct physical damage that is not covered (caused by flood): $70,000

- Loss under Ordinance Or Law Coverage **C** of this endorsement: $60,000

Step 1:

Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

$30,000 ÷ $100,000 = .30

Step 2:

Apply that proportion to the Ordinance or Law loss.

$60,000 x .30 = $18,000

In this example, the most we will pay under this endorsement for the Coverage **C** loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

NOTE: The same procedure applies to losses under Coverages **A** and **B** of this endorsement.

Copyright, Insurance Services Office, Inc., 1999

CP 04 05 10 00   □



# IMPORTANT NOTICE FOR FLORIDA POLICYHOLDERS

IN THE EVENT YOU NEED TO CONTACT SOMEONE ABOUT THIS POLICY, PLEASE CONTACT YOUR AGENT.
If you have additional questions, you may contact The Hartford at the address stated below.

SERVICING OFFICE:   FIRST STATE MANAGEMENT GROUP, INC.
50 GLENLAKE PARKWAY, SUITE 250
ATLANTA, GEORGIA 30328
(770) 730-3520

Written correspondence is preferable so that a record of your inquiry is maintained.

**PLEASE BE SURE TO INCLUDE YOUR POLICY NUMBER IN ANY CORRESPONDENCE.**

Form XP 99 11 11 93   Printed in U.S.A. (NS)

## CONDITIONS

**1. Misrepresentation and Fraud.** This entire policy shall be void if, whether before or after a loss, the Insured has concealed or misrepresented any material fact or circumstance concerning this insurance or the subject thereof, or the interest of the Insured therein, or in case of any fraud or false swearing by the Insured relating thereto.

**2. Notice of Loss.** The Insured shall as soon as practicable report in writing to the Company or its agent every loss, damage or occurrence which may give rise to a claim under this policy and shall also file with the Company or its agent within ninety (90) days from date of discovery of such loss, damage or occurrence, a detailed sworn proof of loss.

**3. Examination Under Oath.** The Insured, as often as may be reasonably required, shall exhibit to any person designated by the Company all that remains of any property herein described, and shall submit, and in so far as is within his or their power cause his or their employees, members of the household and others to submit to examinations under oath by any person named by the Company and subscribe the same; and, as often as may be reasonably required, shall produce for examination all writings, books of account, bills, invoices and other vouchers, or certified copies thereof if originals be lost, at such reasonable time and place as may be designated by the Company or its representative, and shall permit extracts and copies thereof to be made. No such examination under oath or examination of books or documents, nor any other act of the Company or any of its employees or representatives in connection with the investigation of any loss or claim hereunder, shall be deemed a waiver of any defense which the Company might otherwise have with respect to any loss or claim, but all such examinations and acts shall be deemed to have been made or done without prejudice to the Company's liability.

**4. Valuation.** The Company shall not be liable beyond the actual cash value of the property at the time any loss or damage occurs and the loss or damage shall be ascertained or estimated according to such actual cash value with proper deduction for depreciation, however caused, and shall in no event exceed what it would then cost to repair or replace the same with material of like kind and quality.

**5. Settlement of Loss.** All adjusted claims shall be paid or made good to the Insured within sixty (60) days after presentation and acceptance of satisfactory proof of interest and loss at the office of the Company. No loss shall be paid or made good if the Insured has collected the same from others.

**6. No Benefit to Bailee.** This insurance shall in nowise inure directly or indirectly to the benefit of any carrier or other bailee.

**7. Subrogation or Loan.** If in the event of loss or damage the Insured shall acquire any right of action against any individual, firm or corporation for loss of, or damage to, property covered hereunder, the Insured will, if requested by the Company, assign and transfer such claim or right of action to the Company or, at the Company's option, execute and deliver to the Company the customary form of loan receipt upon receiving an advance of funds in respect of the loss or damage; and will subrogate the Company to, or will hold in trust for the Company, all such rights of action to the extent of the amount paid or advanced, and will permit suit to be brought in the Insured's name under the direction of and at the expense of the Company.

**8. Loss Clause.** Any loss hereunder shall not reduce the amount of this policy, except in the event of payment of claim for total loss of an item specifically scheduled hereon. If claim is paid for total loss of one or more scheduled items, the unearned premium applicable to such items will be refunded to the Insured or applied to the premium due on item(s) replacing those on which the claim was paid.

**9. Pair, Set or Parts.** In the event of loss or damage to:

(a) any article or articles which are part of a pair or set, the measure of loss of or damage to such article or articles shall be a reasonable and fair proportion of the total value of the pair or set, giving consideration to the importance of said article or articles, but in no event shall such loss or damage be construed to mean total loss of the pair or set; or

(b) any part of property covered consisting, when complete for use, of several parts, the Company shall only be liable for the value of the part lost or damaged.

**10. Protection of Property.** In case of loss, it shall be lawful and necessary for the Insured, his or their factors, servants and assigns, to sue, labor, and travel for, in and about the defense, safeguard and recovery of the property insured hereunder, or any part thereof, without prejudice to this insurance, nor shall the acts of the Insured or the Company, in recovering, saving and preserving the property insured in case of loss be considered a waiver or an acceptance of abandonment. The expenses so incurred shall be borne by the Insured and the Company proportionately to the extent of their respective interests.

**11. Suit.** No suit, action or proceeding for the recovery of any claim under this policy shall be sustainable in any court of law or equity unless the same be commenced within twelve (12) months next after discovery by the Insured of the occurrence which gives rise to the claim, provided however, that if by the laws of the State within which this policy is issued such limitation is invalid, then any such claims shall be void unless such action, suit or proceeding be commenced within the shortest limit of time permitted by the laws of such State.

**12. Appraisal.** If the Insured and the Company fail to agree as to the amount of loss, each shall, on the written demand of either, made within sixty (60) days after receipt of proof of loss by the Company, select a competent and disinterested appraiser, and the appraisal shall be made at a reasonable time and place. The appraisers shall first select a competent and disinterested umpire, and failing for fifteen (15) days to agree upon such umpire, then, on the request of the Insured or the Company, such umpire shall be selected by a judge of a court of record in the State in which such appraisal is pending. The appraisers shall then appraise the loss, stating separately the actual cash value at the time of loss and the amount of loss, and failing to agree shall submit their differences to the umpire. An award in writing of any two shall determine the amount of loss. The Insured and the Company shall each pay his or its chosen appraiser and shall bear equally the other expenses of the appraisal and umpire. The Company shall not be held to have waived any of its rights by any act relating to appraisal.

**13. Cancellation.** This policy may be canceled by the Insured by surrender thereof to the Company or any of its authorized agents or by mailing to the Company written notice stating when thereafter such cancelation shall be effective. This policy may be canceled by the Company by mailing to the Insured at the address shown in this policy or last known address written notice stating when, not less than five (5) days thereafter, such cancelation shall be effective. The mailing of notice as aforesaid shall be sufficient proof of notice. The time of surrender or the effective date of the cancelation stated in the notice shall become the end of the policy period. Delivery of such written notice either by the Insured or by the Company shall be equivalent to mailing.

If the Insured cancels, earned premiums shall be computed in accordance with the customary short rate table and procedure. If the Company cancels, earned premium be computed pro rata. Premium adjustment may be made at the time cancelation is effected and, if not then made, shall be made as soon as practicable after cancelation becomes effective. The Company's check or the check of its representative mailed or delivered as aforesaid shall be a sufficient tender of any refund of premium due to the Insured.

**14. Changes.** Notice to any agent or knowledge possessed by any agent or by any other person shall not effect a waiver or a change in any part of this policy or estop the Company from asserting any right under the terms of this policy, nor shall the terms of this policy be waived or changed, except by endorsement issued to form a part of this policy.

**15. Conformity to Statute.** Terms of this policy which are in conflict with the statutes of the State wherein this policy is issued are hereby amended to conform to such statutes.

In Witness Whereof, the Company has executed and attested these presents, but this policy shall not be valid unless countersigned by a duly authorized agent of the Company at the agency hereinbefore mentioned.

Form XP 00 55 03 96

*C. M. O'Halloran*
Charles Minor O'Halloran, *Secretary*

Ralph J. Palmieri, *President*



October 20, 2009

Luxury Condominium, Inc.
c/o Jennifer Rush, Esq.
J.P. Gonzalez-Sirgo, P.A.
The Executive Tower Building
804 Douglas Entrance, Suite 373
Coral Gables, FL 33134

Boca Raton
1001 Yamato Road
Suite 102
Boca Raton, FL 33431-1103
Phone
(561) 995-1211
Fax
(561) 995-0129
Email
boca@cjw-assoc.com
Web
www.cjw-assoc.com

Re:    Insured:            Luxury Condominium, Inc.
       Claim Number:       3069399 (erroneously reported as 3069470)
       Policy Number:      ZG0029479
       Date of Loss:       10/24/05 (Wilma)
       CJW File Number:    347423

Dear Sir or Madam:

Pacific Insurance Company, Ltd. ("Pacific") regrets to inform you that there is no coverage for this loss because the value of verified possible hurricane damages to the insured structures is far below your 5% hurricane deductible per windstorm event per building. Further, the claim warrants denial based upon your failure to comply with your duties in the event of a loss. This statement is made given the information that the claim investigation has discovered to date.

First, Pacific cannot tender any proceeds for the reported Hurricane Wilma claim as its estimate of the discernable hurricane damage (prepared almost three years post loss), is well under the hurricane deductible (5% of the scheduled value of each building). Further, there was sworn testimony on your behalf that two named storms – Hurricane Katrina and Hurricane Wilma – damaged the buildings' roofs. Inasmuch, two hurricane deductibles must be applied to each building. Pacific estimates the discernable possible hurricane damage to all roofs to be $54,673.04. A copy of the estimate is attached hereto. This estimate was based upon the engineering report from EFI Global. Further, a review of the maintenance records produced by Luxury determined that Luxury only spent $45,532 from October 2005 through July 2007 for roof repairs for both buildings. Adding this figure to Pacific's estimate still leaves the claim below a single hurricane deductible.

Second, Pacific must deny the claim due to your failure to timely report the loss. Your policy of insurance provides as follows:

### CONDOMINIUM ASSOCIATION COVERAGE FORM

* * *

Branch Offices
Atlanta
Boca Raton
Ft. Myers
Ft. Pierce
Jacksonville
Miami
Orlando
Pensacola
Tampa

*The Art of Adjusting*™

3.     **Duties In The Event Of Loss Or Damage**

       a.     You must see that the following are done in the event
       of   loss   or   damage   to   Covered   Property:

▲





**EXHIBIT 2**

Page 2
October 20, 2009
*Luxury Condominium, Inc.*

\* \* \*

(2)    Give us prompt notice of the loss or damage.  Include a
description of the property involved.

\* \* \*

     Pacific sustained prejudice due to the late notice that it tried to overcome during its investigation, but the years have made it impossible to determine what damage was caused by the hurricane(s). It took over two and a half years for you to report the loss. Inasmuch, due to the lapse of time, Pacific's investigation was severely prejudiced. Its experts were not afforded an opportunity to inspect the roofs immediately after the hurricane to determine their condition. The inspections three years later cannot definitively identify hurricane damage as opposed to other storm damage and damage due to wear and tear or rot. Pacific tried to overcome this prejudice by conducting document reviews and Examinations Under Oath. Unfortunately, you never produced the packet prepared by your public adjuster that allegedly contained the "testing" and expert opinions as to the cause of the claimed roof damage. Further, the documents produced by Luxury do not illustrate that the roofs sustained damage from either hurricane to such an extent as to require replacement of the roofs. To the contrary, the documents reflect minor roof repairs in the two years following the loss date. The testimony at Examination Under Oath provided no assistance in confirming the causation of the damage and the extent of the claimed damage. Both witnesses relied upon the public adjuster (who has been fired) to confirm causation and extent of repair. At best, the current president, who was not a resident at the time of the loss, testified to roof leaks in 2008 but could not identify their cause. Pacific's counsel contacted your attorney to determine if you have any expert basis for claiming roof replacements as a result of Hurricane Wilma; however, she received no response to the inquiry.

     For the foregoing reasons, there is no coverage for you loss. Further, Pacific must deny your claim due to your failure to comply with your Duties After a Loss as set forth in the policy. Obviously, this letter does not attempt to recite all the facts in support of Pacific's decision. Pacific believes, however, that this letter provides notice of the basis for denial of the claim. The reasons identified are based on the information obtained to date. Pacific reserves the right to rely on any other basis or defense for denying coverage which may exist if additional information comes to light at any time in the future. Meanwhile, Pacific continues to reserve all rights it has under the terms of the insurance contract and all applicable law to defend against your claim based upon any other valid grounds.

     Sincerely,

     CRAMER JOHNSON WIGGINS & ASSOCIATES

     Jeffrey C. Higgins

Enclosure
cc:    Leann P. Parker, Esq.

Client        Luxury Condo Association
Property:     10901-10907 N Kendall Dr
              Miami, Fl. 33176

Operator Info:
Operator:     DBEARD

Estimator:    David Beard

Reference:    Jeff Higgins
Company:      CJW Associates

Business:     1101 Yamato Road Suite 402
              Boca Raton, Fl. 33487

Type of Estimate:   Hurricane
Date Entered:       6/3/2008          Date Assigned:

Price List:   FLMI5B8H
              Restoration/Service/Remodel
Estimate:     2503328

2503328
Building 1

## Section 1

LxWxH 74' x 29' x 4'

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 1  R&R Flashing. | 103.00 LF @ | 3.74 = | 385.22 |
| Three small patches recorded | | | |

## Section 2

LxWxH 34' 6" x 24' x 5'

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| No  hurricane damage recorded | | | |

## Section 3

LxWxH 38' x 30' x 5'

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 2.  R&R Flashing. | 34.00  LF @ | 3.74 = | 127.16 |

## Section 4

LxWxH 33' x 24' x 4'

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| No  hurricane damage recorded | | | |

## Section 5

LxWxH 37' x 30' x 4'

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 3.  R&R Modified bitumen roof | 0.64 SQ @ | 583.71 = | 373.58 |

## Section 6

LxWxH 29' x 28' x 4' 6"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 4.  R&R Modified bitumen roof | 0.50 SQ @ | 583.71 = | 291.86 |

2503328                                         6/17/2008        Page: 2

**Section 7**                                                   LxWxH 36' 6" x 30' x 4' 6"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| No hurricane damage recorded | | | |

**Section 8**                                                   LxWxH 30' x 23' x 4' 6"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| No hurricane damage recorded | | | |

**Section 9**                                                   LxWxH 57' x 29' x 4' 6"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 5  R&R Modified bitumen roof | 18.18 SQ @ | 886.26 = | 16,112.21 |
| The above price is for a complete roof installation | | | |
| 6  R&R Flashing, 14" wide | 172.00 LF @ | 3.74 = | 643.28 |

**Section 10**                                                   LxWxH 40' x 38' x 4' 6"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 7.  R&R Flashing. | 18.00 LF @ | 3.74 = | 67.32 |

**Section 11**                                                   LxWxH 33' x 24' x 4' 6"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| No hurricane damage recorded | | | |

**Section 12**                                                   LxWxH 30' x 28' x 4' 6"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| No hurricane damage recorded | | | |

**Section 13**                                                     LxWxH 37' x 30' x 4' 6"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 8  Roofer - per hour to renail flashing | 2.00 HR @ | 112.73 = | 225.46 |

**Section 14**                                                     LxWxH 34' x 24' x 4' 6"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| No  hurricane damage recorded | | | |

**Section 15**                                                     LxWxH 73' x 30' x 4' 6"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 9.  R&R Flashing, | 40.00 LF @ | 3.74 = | 149.60 |

**Section 16**                                                     LxWxH 34' x 24' x 4' 6"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 21.  R&R Modified bitumen roof | 8.98 SQ @ | 886.26 = | 7,958.61 |
| The above price is for a complete roof installation  22  R&R Flashing, 14" wide | 116.00 LF @ | 3.74 = | 433.84 |

**Section 17**                                                     LxWxH 34' x 30' x 4' 6"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 10.  R&R Flashing, | 16.00 LF @ | 3.74 = | 59.84 |
| 11.  R&R Modified bitumen roof | 1.10 SQ @ | 583.71 = | 642.09 |

**Building 2**

**Section 1**                                                     LxWxH 74' x 29' x 4'

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| No  hurricane damage recorded | | | |

2503328                                                   6/17/2008          Page: 4

**Section 2**                                                              LxWxH 34' 6" x 24' x 5'

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| A previous patch of 9x4 and AC stand patches (4ea) is recorded on roof surface | | | |

**Section 3**                                                              LxWxH 38' x 30' x 5'

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 13. R&R Flashing. | 16.00 LF @ | 3.74 = | 59.84 |

**Section 4**                                                              LxWxH 33' x 24' x 4'

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| A previous patch of 24x20 was recorded | | | |

**Section 5**                                                              LxWxH 37' x 30' x 4'

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 16  R&R Flashing. | 20.00 LF @ | 3.74 = | 74.80 |

**Section 6**                                                              LxWxH 29' x 28' x 4' 6"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 17  R&R Flashing, | 20.00 LF @ | 3.74 = | 74.80 |

**Section 7**                                                              LxWxH 36' 6" x 30' x 4' 6"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Two small previous patches recorded | | | |

**Section 8**                                                              LxWxH 30' x 23' x 4' 6"

2503328                                                       6/17/2008          Page: 5

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| No hurricane damage recorded | | | |

**Section 9**

LxWxH 57' x 29' x 4' 6"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Previous patches recorded around AC units and 3 patches at roof (4x4) (6x4) (11x2) | | | |

**Section 10**

LxWxH 40' x 38' x 4' 6"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 18.  R&R Flashing. | 20.00  LF @ | 3.74 = | 74.80 |

**Section 11**

LxWxH 33' x 24' x 4' 6"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 19   R&R Modified bitumen roof | 18.18  SQ @ | 886.26 = | 16,112.21 |
| The above price is for a complete roof installation | | | |
| 20.  R&R Flashing, 14" wide | 114.00  LF @ | 3.74 = | 426.36 |

**Section 12**

LxWxH 30' x 28' x 4' 6"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Old repairs at AC units | | | |

**Section 13**

LxWxH 37' x 30' x 4' 6"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| No  hurricane damage recorded | | | |

**Section 14**

LxWxH 34' x 24' x 4' 6"

2503328

6/17/2008          Page: 6

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| One small existing patch recorded | | | |

| Section 15 | | | LxWxH 73' x 30' x 4' 6" |
|---|---|---|---|
| DESCRIPTION | QNTY | UNIT COST | TOTAL |
| No hurricane damage recorded | | | |

| Section 16 | | | LxWxH 34' x 24' x 4' 6" |
|---|---|---|---|
| DESCRIPTION | QNTY | UNIT COST | TOTAL |
| 13x10 roof patch recorded | | | |

| Section 17 | | | LxWxH 34' x 30' x 4' 6" |
|---|---|---|---|
| DESCRIPTION | QNTY | UNIT COST | TOTAL |
| No hurricane damage recorded | | | |

| Adjustments for Base Service Charges | Adjustment |
|---|---|
| Roofer | 338.19 |
| Membrane Roofing Installer | 601.23 |
| Total Adjustments for Base Service Charges: | 939.42 |
| Line Item Totals: 2503328 | 45,232.30 |

Grand Total Areas:

| | | |
|---|---|---|
| 20,661.00 SF Walls | 38,740.00 SF Ceiling | 59,401.00 SF Walls and Ceiling |
| 18,740.00 SF Floor | 4,304.44 SY Flooring | 4,636.00 LF Floor Perimeter |
| 6,084.50 SF Long Wall | 4,246.00 SF Short Wall | 4,636.00 LF Ceil. Perimeter |
| 0.00 Floor Area | 0.00 Total Area | 0.00 Interior Wall Area |
| 0.00 Exterior Wall Area | 0.00 Exterior Perimeter of Walls | |
| 0.00 Surface Area | 0.00 Number of Squares | 0.00 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |

## Summary

| | | | |
|---|---|---|---|
| Line Item Total | | | 44,292.88 |
| Total Adjustments for Base Service Charges | | | 939.42 |
| Material Sales Tax | @ | 7.000% x | 4,693.76 | 328.56 |
| | | | |
| Subtotal | | | 45,560.86 |
| Overhead | @ | 10.0% x | 45,560.86 | 4,556.09 |
| Profit | @ | 10.0% x | 45,560.86 | 4,556.09 |
| | | | |
| Replacement Cost Value | | | $54,673.04 |
| Net Claim | | | $54,673.04 |

David Beard

## Recap by Room

Estimate: 2503328

| Area: Building 1 | | |
|---|---|---|
| Section 1 | 385.22 | 0.85% |
| Section 3 | 127.16 | 0.28% |
| Section 5 | 373.58 | 0.83% |
| Section 6 | 291.86 | 0.65% |
| Section 9 | 16,755.49 | 37.04% |
| Section 10 | 67.32 | 0.15% |
| Section 13 | 225.46 | 0.50% |
| Section 15 | 149.60 | 0.33% |
| Section 16 | 8,392.45 | 18.55% |
| Section 17 | 701.93 | 1.55% |
| **Area Subtotal: Building 1** | **27,470.07** | **60.73%** |
| Area: Building 2 | | |
| Section 3 | 59.84 | 0.13% |
| Section 5 | 74.80 | 0.17% |
| Section 6 | 74.80 | 0.17% |
| Section 10 | 74.80 | 0.17% |
| Section 11 | 16,538.57 | 36.56% |
| **Area Subtotal: Building 2** | **16,822.81** | **37.19%** |
| **Subtotal of Areas** | **44,292.88** | **97.92%** |
| Base Service Charges | 939.42 | 2.08% |
| **Total** | **45,232.30** | **100.00%** |

2503328                                   6/17/2008        Page: 10

## Recap by Category

| O&P Items | | | Total Dollars | % |
|---|---|---|---|---|
| GENERAL DEMOLITION | | | 2,076.65 | 3.80% |
| ROOFING | | | 42,216.23 | 77.22% |
| Subtotal | | | 44,292.88 | 81.01% |
| Base Service Charges | | | 939.42 | 1.72% |
| Material Sales Tax | @ | 7.000% | 328.56 | 0.60% |
| Overhead | @ | 10.0% | 4,556.09 | 8.33% |
| Profit | @ | 10.0% | 4,556.09 | 8.33% |
| O&P Items Subtotal | | | 54,673.04 | 100.00% |

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**09 - 2358 c**

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| PACIFIC INSURANCE COMPANY, LTD | LUXURY CONDOMINIUM, INC. |

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Miami-Dade County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

CIV-UNGARO

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Gerald T. Albrecht, Esq.
Leann P. Parker, Esq.
Butler Pappas Weihmuller Katz Craig, LLP
One Harbour Place, 777 Harbour Island Blvd., Suite 500
Tampa, FL 33602
(813) 281-1900

ATTORNEYS (IF KNOWN)

MAGISTRATE JUDGE
SIMONTON

FILED by RAL
INTAKE

DEC 01 2009

STEVEN M. LARIMORE

| II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY) | III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only) (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) |
|---|---|

| | | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question (U.S. Government Not a Party) | Citizen of This State | ☐ | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| ☐ 2 U.S. Government Defendant | ☒ 4 Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| | | Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Med. Malpractice | ☐ 625 Drug Related Seizure | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury — | of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 330 Federal Employers' | Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| & Enforcement of Judgment | Liability | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 340 Marine | Injury Product Liability | ☐ 650 Airline Regs. | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational | | ☐ 480 Consumer Credit |
| Student Loans | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 355 Motor Vehicle Product | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 380 Other Personal | | | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 360 Other Personal Injury | Property Damage | **LABOR** | **SOCIAL SECURITY** | Exchange |
| ☐ 160 Stockholders' Suits | | ☐ 385 Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 791 Empl. Ret. Inc. | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | Security Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | | or Defendant) | ☐ 900 Appeal of Fee Determination |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | **IMMIGRATION** | ☐ 871 IRS—Third Party | Under Equal Access to |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | 26 USC 7609 | Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/ Disabilities — | ☐ 540 Mandamus & Other | ☐ 463 Habeas Corpus — | | ☐ 950 Constitutionality of |
| | Employment | ☐ 550 Civil Rights | Alien Detainee | | State Statutes |
| | ☐ 446 Amer. w/ Disabilities — | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | Other | | | | |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING (DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY):
28 U.S.C. §1332 and 28 U.S.C. §2201

BRIEF DESCRIPTION OF CAUSE:
Declaratory judgment action concerning dispute relating to a policy of insurance

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  DEMAND $ in excess of  CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):  JUDGE: _____  DOCKET NUMBER: _____

DATE 11/30/09

SIGNATURE OF ATTORNEY OF RECORD  J. Albrecht

---

FOR OFFICE USE ONLY

RECEIPT # 101270 9 AMOUNT $ 350.00 APPLYING IFP _____ JUDGE _____ MAGISTRATE JUDGE _____

12/01/09